IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHEMINOVA, INC.,<br><br>    Defendant. | No. 10-cv-00274-UA-WWD |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), the following individual hereby appears on behalf of Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch and requests service of all communications, pleadings, and notices affecting this action:

>Kenneth A. Gallo
>PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
>2001 K Street NW
>Washington, DC 20006-1047
>kgallo@paulweiss.com
>phone: (202) 223-7300
>fax: (202) 223-7420

In accordance with Local Rule 83.1(d)(2), the undersigned appears in association with Pressly M. Millen, who is a member of the bar of this court.

Dated: July 19, 2010

>By:     /s/ Kenneth A. Gallo
>    Kenneth A. Gallo
>    PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
>    2001 K Street NW
>    Washington, DC 20006-1047
>    kgallo@paulweiss.com
>    phone: (202) 223-7300
>    fax: (202) 223-7420
>
>    *Attorneys for Plaintiff*
>    *BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

Pressly M. Millen (NCSB No. 16178)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

<u>Of Counsel:</u>

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC  20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch

MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Attorney for Plaintiff Bayer S.A.S.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **NOTICE OF SPECIAL APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification to the following counsel for Defendant:

>William K. Davis
>Alan M. Ruley
>Bell, Davis & Pitt, P.A.
>100 N. Cherry Street, Suite 600
>Winston-Salem, NC  27101
>
>Christopher G. Kelly
>Steven L. D'Alessandro
>Robert J. Burns
>Holland & Knight LLP
>31 West 52nd Street
>New York, NY  10019
>
>Joshua C. Krumholz
>Benjamin D. Enerson
>Holland & Knight LLP
>10 St. James Ave.
>Boston, MA  02116

Dated: July 19, 2010

>By:      /s/ Kent Kemeny
>
>Kent Kemeny
>PAUL, WEISS, RIFKIND, WHARTON
>  & GARRISON, LLP
>2001 K Street NW
>Washington, DC  20006-1047
>kkemeny@paulweiss.com
>phone: (202) 223-7300
>fax: (202) 223-7420
>
>*Attorneys for Plaintiff*
>*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny

PAUL, WEISS, RIFKIND, WHARTON
  &amp; GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  &amp; GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Attorney for Plaintiff Bayer S.A.S.*