IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S. <br><br> Plaintiffs, <br><br> v. <br><br> CHEMINOVA, INC., <br> Defendants. | No. 10-cv-00274-UA-WWD |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), the following individual hereby appears on behalf of Plaintiff Bayer S.A.S. and requests service of all communications, pleadings, and notices affecting this action:

> Robert J. Koch
> MILBANK, TWEED, HADLEY & MCCLOY LLP
> 1850 K Street, N.W., Suite 1100
> Washington, D.C. 20006
> rkoch@milbank.com
> phone: (202) 835-7520
> fax: (202) 835-7548

In accordance with Local Rule 83.1(d)(2), the undersigned appears in association with Pressly M. Millen, who is a member of the bar of this court.

Dated: September ___, 2010

By: _____
Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W.
Washington, D.C. 20006
rkoch@milbank.com
phone: (202) 835-7520
fax: (202) 835-7548

*Attorney for Plaintiff Bayer S.A.S.*

/s/Pressly M. Millen
Pressly M. Millen (NCSB No. 16178)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*
*and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON, LLP
2001 K Street NW
Washington, D.C. 20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorney for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **NOTICE OF SPECIAL APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification to the following counsel for Defendant:

    William K. Davis
    Alan M. Ruley
    Bell, Davis & Pitt, P.A.
    100 N. Cherry Street, Suite 600
    Winston-Salem, NC 27101

    Christopher G. Kelly
    Steven L. D'Alessandro
    Robert J. Burns
    Holland & Knight LLP
    31 West 52nd Street
    New York, NY 10019

    Joshua C. Krumholz
    Benjamin D. Enerson
    Holland & Knight LLP
    10 St. James Ave.
    Boston, MA 02116

Dated: September 8th, 2010

                By: _____
                      Robert J. Koch
                      MILBANK, TWEED, HADLEY & McCLOY LLP
                      1850 K Street, N.W.
                      Washington, D.C. 20006
                      rkoch@milbank.com
                      phone: (202) 835-7520
                      fax: (202) 835-7548

                      *Attorney for Plaintiff Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON, LLP
2001 K Street NW
Washington, D.C. 20006-1047

kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorney for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*