IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 10-274

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WADENSWIL BRANCH, and BAYER S.A.S., | )<br>)<br>)<br>) |
| Plaintiffs, | ) **NOTICE OF WITHDRAWAL** |
| | ) **OF COUNSEL** |
| v. | )<br>) |
| CHEMINOVA, INC., | )<br>) |
| Defendant. | ) |

PLEASE TAKE NOTICE that Benjamin D. Enerson is no longer with the law firm of Holland and Knight, LLP, and accordingly his previous appearance as counsel in the above-referenced matter is withdrawn. Counsel for plaintiffs are requested to no longer serve copies of communications, pleadings and papers on Mr. Enerson.

Respectfully submitted this 27th day of September, 2010.

/s/Alan M. Ruley
ALAN M. RULEY
N.C. State Bar No. 16407
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27120-1029
wdavis@belldavispitt.com
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. (336) 722-8153
*Attorney for Defendant and Counter-Plaintiff Cheminova, Inc.*

Of Counsel:

Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010

Joshua C. Krumholz
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
joshua.krumholz@hklaw.com
Phone No. (617) 523-2700
Fax No. (617) 523-6850

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |

/s/ Alan M. Ruley
ALAN M. RULEY
N.C. State Bar No. 16407