IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 10-274

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), ) <br> WADENSWIL BRANCH, and ) <br> BAYER S.A.S., ) <br> ) <br> Plaintiffs,) <br> ) <br> v. ) <br> ) <br> CHEMINOVA, INC., ) <br> ) <br> Defendant.) | **ORDER GRANTING MOTION** <br> **TO WITHDRAW APPEARANCE** <br> **OF COUNSEL** |

This matter is before the Court upon the Motion to Withdraw Appearance of Counsel filed by Defendant and Counter-Plaintiff Cheminova, Inc. Good cause therefor having been shown, it is hereby **ORDERED** that Benjamin D. Enerson, formerly with the law firm of Holland & Knight, LLP, be allowed to withdraw as counsel for Defendant and Counter-Plaintiff Cheminova, Inc. in this civil action.

This the 30th day of September, 2010.

_____
United States Magistrate Judge