IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH; and BAYER S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMINOVA, INC., <br><br> Defendant. | Civil Action No. 10-274 <br><br> JURY TRIAL DEMANDED |

## NON-PARTY MERIAL LIMITED'S MOTION TO SEAL DOCUMENTS

Pursuant to Fed. R. Civ. P. 26(c) and the Stipulated Protective Order (D.I. 40) issued August 27, 2010 in the instant case, Merial Limited hereby moves this Court to file the following documents under seal:

- Memorandum in Support of Non-Party Merial Limited's Unopposed Motion to Intervene and to File Complaint;

- Exhibit 5 to Non-Party Merial Limited's Unopposed Motion to Intervene and to File Complaint; and

- Exhibit 6 to Non-Party Merial Limited's Unopposed Motion to Intervene and to File Complaint.

These documents should be filed under seal because they reference and contain highly confidential information which relates to especially sensitive business, financial or

commercial information that is not publicly available and provides a commercial advantage to its possessor.

For the foregoing reasons and for good cause shown, Merial respectfully requests that this Court grant its motion and file these documents under seal.

Respectfully submitted this 13th day of October, 2010.

/s/ Jitendra Malik
Jitendra Malik, Ph.D. (NCSB No. 32809)
Attorney for Merial Limited
ALSTON & BIRD LLP
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Tel.: (704) 444-1115
Fax: (704) 444-1695
E-mail: jitty.malik@alston.com

*Counsel for Merial Limited*

Of Counsel:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350
Judy.Jarecki@merial.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
frank.smith@alston.com

john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9501
Fax: (212) 922-3881
deepro.mukerjee@alston.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real,
Suite 200
San Diego, CA 92130
Tel.: (858) 314-1200
Fax: (858) 314-1150
jpelsever@jonesday.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **NON-PARTY MERIAL LIMITED'S MOTION TO SEAL DOCUMENTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

| | |
|---|---|
| Dated: October 13, 2010 | /s/ Jitendra Malik |
| | Jitendra Malik, Ph.D. (NCSB No. 32809) |
| | Attorney for Merial Limited |
| | ALSTON & BIRD, LLP |
| | Suite 4000 |
| | 101 South Tryon Street |
| | Charlotte, NC 28280-4000 |
| | Tel.: (704) 444-1115 |
| | Fax: (704) 444-1695 |
| | E-mail: jitty.malik@alston.com |
| | |
| | *Counsel for Merial Limited* |