# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH; and BAYER S.A.S.,** | |
| **Plaintiffs,** | **Civil Action No. 10-274** |
| **v.** | **JURY TRIAL DEMANDED** |
| **CHEMINOVA, INC.,** | |
| **Defendant.** | |

## PROPOSED ORDER

Upon consideration of Non-Party Merial Limited's Motion to Seal Documents and for good cause shown, IT IS HEREBY ORDERED that Non-Party Merial Limited's Motion to Seal Documents is GRANTED.

_____             _____

Date                                                     United States District Court Judge
                                                              Honorable William L. Osteen Jr.