IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL),
WÄDENSWIL BRANCH; and BAYER
S.A.S.,

                           Plaintiffs,

v.

CHEMINOVA, INC.,

                           Defendant.

Civil Action No. 10-274

## ORDER

Upon consideration of Non-Party Merial Limited's Unopposed Motion to Intervene and to File Complaint and for good cause shown, IT IS HEREBY ORDERED that Non-Party Merial Limited's Unopposed Motion to Intervene and to File Complaint is GRANTED.

This the 14th day of October, 2010.

_____
United States Magistrate Judge