**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**BASF AGRO B.V., ARNHEM (NL),
WÄDENSWIL BRANCH; and BAYER
S.A.S.,**

      **Plaintiffs,**

                                           **Civil Action No. 10-274**

**v.**

**CHEMINOVA, INC.,**

      **Defendant.**

## ORDER

Upon consideration of Non-Party Merial Limited's Motion to Seal Documents  and for good cause shown, IT IS HEREBY ORDERED that Non-Party Merial Limited's Motion to Seal Documents is GRANTED.

This the 14th day of October, 2010.

_____
United States Magistrate Judge

_