UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL), WÄDENSWILL BRANCH; and BAYER S.A.S.,

    Plaintiff(s),

vs.

CHEMINOVA, INC.,

    Defendant(s).

Case No.: 10-274

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

MERIAL LIMITED (Name of Party) who is Plaintiff (Plaintiff/moving party or defendant),

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes    (✓) No

2. Does party have any parent corporations?

    (✓) Yes    ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: SANOFI-AVENTIS SA

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

      (✓) Yes           ( ) No

      If yes, identify all such owners: SANOFI-AVENTIS SA

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

      ( ) Yes           (✓) No

      If yes, identify entity and nature of interest: _____

/s/ Jitendra Malik            October 15, 2010
(Signature)            (Date)

MDNC (01/03)

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

Dated: October 15, 2010

/s/ Jitendra Malik
Jitendra Malik, Ph.D. (NCSB No. 32809)
Attorney for Merial Limited
ALSTON & BIRD LLP
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Tel.: (704) 444-1115
Fax: (704) 444-1695
E-mail: jitty.malik@alston.com

*Counsel for Merial Limited*