IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S., <br><br>Plaintiffs, <br><br>v. <br><br>CHEMINOVA, INC., <br><br>Defendant. | No. 10-cv-00274-WO-WWD |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), the following individual hereby appears on behalf of Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch and requests service of all communications, pleadings, and notices affecting this action:

> Kripa Raman
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
> 1285 Avenue of the Americas
> New York, NY 10019-6064
> kraman@paulweiss.com
> phone: (212) 373-3000
> fax: (212) 757-3990

In accordance with Local Rule 83.1(d)(2), the undersigned appears in association with Pressly M. Millen, who is a member of the bar of this court.

Dated: October 20, 2010

By: /s/ Kripa Raman
Kripa Raman
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
kraman@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

Pressly M. Millen (NCSB No. 16178)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

<u>Of Counsel:</u>

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC  20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch

MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Attorney for Plaintiff Bayer S.A.S.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **NOTICE OF SPECIAL APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification to the following individuals:

**Counsel for Defendant Cheminova, Inc.**

William K. Davis
Alan M. Ruley
Bell, Davis & Pitt, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC  27101

Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019

Joshua C. Krumholz
Benjamin D. Enerson
Holland & Knight LLP
10 St. James Ave.
Boston, MA  02116

**Counsel for Intervenor Plaintiff Merial Limited**

Jitendra Malik
Alston & Bird, LLP
Bank of America Plaza
101 S. Tryon St., Ste. 4000
Charlotte, NC  28280-4000


Dated: October 20, 2010

By:        /s/ Kripa Raman
    Kripa Raman
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
    1285 Avenue of the Americas
    New York, NY 10019-6064
    kraman@paulweiss.com
    phone: (212) 373-3000
    fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

<u>Of Counsel:</u>

Kenneth A. Gallo
Craig Benson
Kent Kemeny
P<small>AUL</small>, W<small>EISS</small>, R<small>IFKIND</small>, W<small>HARTON</small>
  & G<small>ARRISON</small>, LLP
2001 K Street NW
Washington, DC  20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
P<small>AUL</small>, W<small>EISS</small>, R<small>IFKIND</small>, W<small>HARTON</small>
  & G<small>ARRISON</small>, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
M<small>ILBANK</small>, T<small>WEED</small>, H<small>ADLEY</small> & M<small>C</small>C<small>LOY</small> LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Attorney for Plaintiff Bayer S.A.S.*