IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH; and BAYER, S.A.S., and MERIAL LIMITED,<br><br>            Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>            Defendant. | Civil Action No. 1:10-cv-00274-WO-WWD |

## MOTION FOR ADMITTANCE PRO HAC VICE
## FOR JOHN W. COX, Ph.D.

The undersigned counsel moves this Court for admittance pro hac vice of John W. Cox pursuant to Local Rule 83.1, and in support thereof, the undersigned counsel states as follows: John W. Cox is a licensed attorney and a member in good standing of the bars of Georgia, Virginia, the District of Columbia, and the Eastern District of Virginia. He is counsel in the law firm of ALSTON & BIRD LLP, One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

Dr. Cox agrees that he will be responsible for ensuring the presence of an attorney who is familiar with the case and has authority to control the litigation at all conferences, hearings, trials and other proceedings and that they submit to the disciplinary jurisdiction of the Court for any misconduct in connection with this litigation.

WHEREFORE, it is hereby requested that John W. Cox be admitted to this Court pro hac vice, and that he be included as counsel of record for Plaintiff Merial Ltd. in this proceeding. A proposed order is submitted with this motion.

Respectfully submitted this 22nd day of October, 2010.

/s/ Jitendra Malik
Jitendra Malik, Ph.D. (NCSB No. 32809)
Attorney for Merial Limited
ALSTON & BIRD LLP
Suite 4000
101 South Tryon Street
Charlotte, NC  28280-4000
Tel.:  (704) 444-115
Fax:  (704) 444-1695
jitty.malik@alston.com

*Counsel for Merial Limited*

Of Counsel:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA  30096-4640
Tel:  (678) 638-3805
Fax:  (678) 638-3350
judy.jarecki@merial.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Tel:  (404) 881-7000
Fax:  (404) 881-7777
frank.smith@alston.com
john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9501
Fax: (212) 922-3881
deepro.mukerjee@alston.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130
Tel.: (858) 314-1200
Fax: (858) 314-1150
jpelsevier@jonesday.com

*Counsel for Merial Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the **Motion for Admittance Pro Hac Vice for John W. Cox, Ph.D.** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

| | |
|---|---|
| Dated: October 22, 2010 | /s/ Jitendra Malik |
| | Jitendra Malik, Ph.D. (NCSB No. 32809) |
| | Attorney for Merial Limited |
| | ALSTON & BIRD LLP |
| | 101 South Tryon Street, Suite 4000 |
| | Charlotte, NC 28280-4000 |
| | Tel.: (704) 444-1115 |
| | Fax: (704) 444-1695 |
| | jitty.malik@alston.com |
| | |
| | *Counsel for Merial Limited* |

LEGAL02/32219359v1