# EXHIBIT A

## *BASF et al. v. Cheminova Inc.* (M.D.N.C. Civ. 10-274)
## Proposed Case Management Schedule

| EVENT | DEADLINE |
|---|---|
| Fact depositions on patent liability issues begin (parties agree in good faith to work to make documents available related to particular witnesses before July 15 to facilitate depositions of such witnesses beginning on or about July 15)[1] | October 18, 2010 |
| Parties to exchange claim terms and positions | November 1, 2010 for exchange of claim terms<br><br>November 15, 2010 to exchange positions regarding claim terms |
| Meet and confer regarding claim terms and positions | November 22, 2010 |
| Substantial completion of fact discovery on patent liability issues | December 20, 2010 |
| Burden expert reports on patent liability issues, simultaneous exchange | February 1, 2011 |
| Opening briefs on claim terms and positions, simultaneous filings | December 6, 2010 |
| Opposition briefs on claim terms and positions, simultaneous filings | December 20, 2010 |
| Responsive expert reports, simultaneous exchange | February 22, 2011 |
| *Markman* hearing | On or before claim construction proceedings in *BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.* v. *Makhteshim Agan Of North America, Inc., and Control Solutions, Inc.*, C.A. No. 10-276 (M.D.N.C.) |
| Close of fact and expert discovery on patent liability issues | March 15, 2011 |

---

[1] All fact and expert discovery on issues relating solely to damages, reasonable royalty, or the appropriateness of injunctive relief will be deferred until after a trial in this case on issues of patent infringement, validity and/or enforceability.

5

Case 1:10-cv-00274-WO -WWD   Document 56-1   Filed 10/22/10   Page 1 of 2

| Local Rule 83.9 mediation process complete | On or before March 31, 2011 |
| --- | --- |
| Dispositive motions on patent liability issues | On or before April 4, 2011; responses and replies per Local Rules briefing schedule |
| Commencement of trial on patent liability issues | July 5, 2011 |