IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH; and BAYER, S.A.S., and MERIAL LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>    Defendant. | Civil Action No. 1:10-cv-00274- |

## ORDER

Upon consideration of Plaintiff Merial Limited's Motion for Admittance Pro Hac Vice of John W. Cox, Ph.D. and for good cause shown, IT IS HEREBY ORDERED that Plaintiff Merial Limited's Motion for Admittance Pro Hac Vice of John W. Cox, Ph.D is GRANTED.

Dated this 17th day of November, 2010.

_____
Honorable Wallace W. Dixon
United States Magistrate Judge