UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 10-CV-274-WO-WWD

BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,

Plaintiffs,

v.

CHEMINOVA, INC.,

Defendant.

**PROPOSED ORDER TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to File Documents Under Seal with respect to Plaintiffs' (i) Opening Claim Construction Brief, and (ii) Exhibits 33 and 34 of Plaintiffs' Appendix filed therewith. It appearing to the court that good cause exists for Plaintiffs to file its documents under seal.

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Documents Under Seal is GRANTED.

This the ___ day of December, 2010.

_____