# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMINOVA, INC. <br><br> Defendant. | **Civ. Action No. 10-CV-274** <br><br> **MOTION TO FILE DOCUMENTS UNDER SEAL** |

Defendant Cheminova, Inc. (hereinafter "Defendant") hereby move the Court to file under seal Exhibits 7, 8 and 9 attached thereto in the Declaration of Joshua C. Krumholz filed therewith.

In support of this Motion, Defendants state as follows:

The parties to this case entered into a Stipulated Protective Order ("the Protective Order") entered by the Court on August 27, 2010. (Docket No. 40.) Paragraph II.B.l of the Protective Order defines "confidential information" as non-public information that involves the personal or privacy interests of individuals under the laws where such individuals reside. Paragraph II.B.2 of the Protective Order defines "highly confidential information" as confidential information whose disclosure would be likely to cause harm to the competitive position of the producing party. Paragraphs VIII.2 and VIII.3 of the

Protective Order states that a party may file documents under seal with the Court if it is necessary to submit confidential or highly confidential material.

Specifically, Exhibits 7, 8 and 9 to the Declaration of Joshua Krumholz have been marked highly confidential by Plaintiffs because they contain information "whose disclosure would be likely to cause harm to [their] competitive position." Accordingly, Defendants hereby move the Court under paragraphs VIII.2 and VIII.3 of the Protective Order to seal these documents.

WHEREFORE, Defendants move this Court to file and retain under seal Defendant's Opening Claim Construction Brief, the Exhibits appended thereto, and the Declaration of Joshua C. Krumholz filed therewith.

Respectfully submitted this 13th day of December, 2010.

Respectfully submitted,

By: /s/ Alan Ruley_____
William K. Davis
Alan M. Ruley
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC  27101
wdavis@belldavispitt.com
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. (336) 722-8153
*Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc.*

By: /s/ Joshua Krumholz_____
Joshua C. Krumholz
HOLLAND & KNIGHT LLP
10 St. James Ave.

2

#9967924\_v1

Case 1:10-cv-00274-WO -WWD   Document 71   Filed 12/13/10   Page 2 of 4

Boston, MA 02116
joshua.krumkolz@hklaw.com
Phone No. (617) 523-2700
Fax No. (617) 523-6850


Of Counsel:

Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010

Joshua C. Krumholz
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
joshua.krumkolz@hklaw.com
Phone No. (617) 523-2700
Fax No. (617) 523-6850

**CERTIFICATE OF SERVICE**

I hereby certify that on the thirteenth day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ John Moran
John Moran