# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.<br><br>Defendant. | **Civ. Action No. 10-CV-274**<br><br>**PROPOSED ORDER TO FILE DOCUMENTS UNDER SEAL** |

Defendant Cheminova, Inc. filed a Motion to File Documents Under Seal with respect to Exhibits 7, 8, and 9 to the Declaration of Joshua C. Krumholz filed therewith. It appearing to the court that good cause exists for Defendants to file its documents under seal.

IT IS HEREBY ORDERED that Defendant's Motion to File Documents Under Seal is GRANTED.

This the \_\_\_\_ day of December, 2010.

_____