UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEIM (NL), WADENSWIL BRANCH, BAYER S.A.S. and MERIAL LIMITED, | ) ) ) ) |
| Plaintiffs | ) ) ) |
| v. | 1:10-cv-00274 ) ) |
| CHEMINOVA, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WADENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to File Documents Under Seal with respect to Plaintiffs' (i) Opening Claim Construction Brief, and (ii) Exhibits 33 and 34 of Plaintiffs' Appendix filed therewith. It appearing to the court that good cause exists for Plaintiffs to file its documents under seal.

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Documents Under Seal is GRANTED.

This the 21st day of December, 2010.

_____
United States Magistrate Judge