IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.<br><br>Defendant. | **Civ. Action No. 10-CV-274**<br><br>**ORDER TO FILE DOCUMENTS UNDER SEAL** |

Defendant Cheminova, Inc. filed a Motion to File Documents Under Seal with respect to Exhibits 7, 8, and 9 to the Declaration of Joshua C. Krumholz filed therewith. It appearing to the court that good cause exists for Defendants to file its documents under seal,

IT IS HEREBY ORDERED that Defendant's Motion to File Documents Under Seal is GRANTED.

This the 21st day of December, 2010.

_____
United States Magistrate Judge