# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S., and MERIAL LIMITED,<br><br>      Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>      Defendant. | No. 10-cv-00274-WO-WWD |

## NOTICE OF SPECIAL APPEARANCE

Pursuant to Local Rule 83.1(d), the following individual hereby appears on behalf of Plaintiff BASF Agro B.V., Arnhem (NL), Wädenswil Branch and requests service of all communications, pleadings, and notices affecting this action:

>   Brian P. Egan
>   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
>   1285 Avenue of the Americas
>   New York, NY 10019-6064
>   began@paulweiss.com
>   phone: (212) 373-3000
>   fax: (212) 757-3990

In accordance with Local Rule 83.1(d)(2), the undersigned appears in association with Pressly M. Millen, who is a member of the bar of this court.

Dated: January 14, 2011

>   By:     /s/ Brian P. Egan
>           Brian P. Egan
>           PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
>           1285 Avenue of the Americas
>           New York, NY 10019-6064
>           began@paulweiss.com
>           phone: (212) 373-3000
>           fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*

Pressly M. Millen (NCSB No. 16178)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and*
*Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Brian P. Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
began@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Attorney for Plaintiff Bayer S.A.S.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **NOTICE OF SPECIAL APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification to the following individuals:

William K. Davis
Alan M. Ruley
Bell, Davis & Pitt, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC 27101

Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019

Joshua C. Krumholz
Benjamin D. Enerson
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116

Jitendra Malik
Alston & Bird, LLP
Bank of America Plaza
101 S. Tryon St., Ste. 4000
Charlotte, NC 28280-4000

Frank S. Smith
Matthew W. Howell
Alston & Bird LLP
1201 W. Peachtree St.
One Atlantic Ctr.
Atlanta, GA 30309-3424

John Patrick Elsevier
Jones Day
12665 El Camino Real, Ste. 200
San Diego, CA 92024

Judy C. Jarecki-Black
Merial Limited
3239 Satellite Blvd.
Duluth, GA 30096


Dated: January 14, 2011

          By: /s/ Brian P. Egan
               Brian P. Egan
               PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
               1285 Avenue of the Americas
               New York, NY 10019-6064
               began@paulweiss.com
               phone: (212) 373-3000
               fax: (212) 757-3990

               *Attorneys for Plaintiff*
               *BASF Agro B.V., Arnhem (NL), Wädenswil Branch*


Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com

began@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Attorneys for Plaintiff*
*BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Attorney for Plaintiff Bayer S.A.S.*