Potter Declaration

Exhibit A

**CURRICULUM VITAE**
*Michael F. Potter*

**Business Address:** Department of Entomology, S-225 Agricultural Science Bldg. N, University of Kentucky, Lexington, KY 40546-0091. Ph (859)257-2398; Fax (859)323-1120; E-mail mpotter@uky.edu.

**Education:**
Cornell University - B.S., Entomology 1977
University of Arizona - M.S., Entomology 1979
University of Arizona - Ph.D., Entomology 1982

**Employment History:**
1998- Present - Extension Professor, Department of Entomology, University of Kentucky
1994-1997 - Associate Extension Professor, University of Kentucky
1991-1993 - Assistant Extension Professor, University of Kentucky
1988-1991 - Technical Director -Worldwide Operations, Orkin Pest Control, 2170 Piedmont Rd. N.E., Atlanta, GA.
1987-1988 - Senior Program Manager, Insecticide Product Development, Rhone-Poulenc Ag Company, 2 T.W. Alexander Drive, Research Triangle Park, NC 27709 (formerly Union Carbide).
1985-1986 - Program Manager, Insecticide Product Development, Union Carbide Agricultural Products Company, RTP, NC.
1982-1985 - Research Entomologist, New Product Research & Development, Union Carbide Agricultural Products Company.

**Industrial Experience (1982-91):**
Orkin Pest Control - Technical Director, Worldwide Operations (1988-91) - Responsible for research, development, and implementation of all technical aspects of Orkin operations, which at that time was the largest pest-control company in the world. Authored more than 100 corporate technical publications on urban pest management, and was instrumental in the present-day industry utilization of such popular practices as foam application for termite control, wood protection with borates, and perimeter pest control services. Further responsibilities included: testing, evaluation and selection of pesticides, equipment, and new technologies; liaison with academia, regulatory agencies and manufacturers; onsite inspection and design of IPM programs and procedures for Orkin's million-plus customers; implementation of training programs for technicians and supervisors; and dissemination of technical information to Orkin's 400-plus branch offices.

Rhone-Poulenc / Union Carbide Agricultural Products Company - Program Manager & Senior Program Manager, Insecticide Development Group (1985-1988) - Coordinated domestic and international product development activities for urban and agricultural insecticides. Responsibilities included design and management of field test programs, liaison with universities, label submissions for new registrations, product stewardship, and technical support on regulatory and environmental issues.

Union Carbide Agricultural Products Company - Research Entomologist, New Product Research and Development (1982-85) - Worldwide accountability for design and implementation of field testing programs for agricultural, urban, public health, and veterinary insecticides. Coordinated development activities with university cooperators and consultants. Further responsibilities included surveillance and assessment of competitive products, patents and developing technologies; technical liaison with other research laboratories; and global expansion of new product testing capabilities. My senior-authored patent on animal parasiticides was, at the time, the most widely filed patent in the company's history meriting the Union Carbide Agricultural Products Recognition Award for Excellence in Research.

**University Activities & Accomplishments (1991-present; 100% Extension Appointment):**
The mission of my urban entomology extension program at the University of Kentucky is to protect the health, food, property and quality of life of the public. The program provides cutting-edge information, training and assistance to millions of citizens, businesses, institutions and government agencies in Kentucky, the United States and worldwide. Emphasis is placed on program impact and benefit to clientele. Notable accomplishments include:

1. Provided personal consultation and training to hundreds of thousands of urban clientele, including homeowners, multifamily housing, hospitality, health care, food and manufacturing industries, schools, businesses, museums, zoos, cooperative extension, government agencies, and the structural pest control and lawn & landscape industries. Because of the program's reputation, more than half of these requests for assistance come from outside Kentucky.

2. Authored hundreds of solution-oriented publications and articles, many adapted for use by other entomology departments, the professional pest control industry, and other stakeholders. Several of the online publications involving such topics as bed bugs, termite control, termite baits, powderpost beetles, brown recluse spider, carpenter ants, and Asian ladybeetles are listed at or near the top of Google™ , and are often cited by universities, government agencies, and news organizations as useful sources of information for consumers. Forty-five feature articles and hundreds of interviews and program citations in *Pest Control* and *Pest Control Technology* magazines. Four invited book chapters, including the most comprehensive, current reference on termite management published in the 8th and 9th editions of the *Mallis Handbook of Pest Control* (9th edition dedicated in my honor).

3. Since 1991, I have chaired the University of Kentucky Pest Control Short Course, recognized as "one of the finest and most important training events in the pest control industry" by *Pest Control Technology, Pest Control,* and *Service Technician Magazines (1993, '97,'98, 2006-7).* About 400-500 people attend annually from Kentucky and ca. 20 other states.

4. Invited symposium speaker at hundreds of professional conferences outside Kentucky (36 U.S. states & PR; Canada, Japan, Taiwan, Europe, Australia, South Africa), including more than 40 plenary/keynote addresses. (Cumulative audience of >125,000 industry practitioners serving millions of customers). Invited symposium speaker at 9 regional/national meetings of the Entomological Society of America.

5. Routinely interviewed by national news organizations about urban pests, including *The New York Times (>10 times), Washington Post (5 times), Associated Press, Wall Street Journal, U.S. News & World Report, Business Week, International Herald Tribune, New York Sun, Los Angeles Times, Atlanta Journal-Constitution ,Miami Herald, Toronto Star, Kiplinger's Personal Finance Report, Smart Money ,CNN, Inside Edition, DatelineNBC, CNBC, Bottom Line/Personal, Reader's Digest, Redbook, Woman's Day, Ladies Home Journal ,Men's Health, Today's Homeowner, This Old House Magazine, USDA Radio, and National Public Radio.*

6. Technical advisor and consultant to the Kentucky Pest Management Association, National Pest Management Association, Kentucky Department of Agriculture, States Attorney Generals, Federal Trade Commission, and many companies serving the pest management industry (e.g., Orkin, Terminix, Dow AgroSciences, Bayer, Aventis, BASF, Syngenta, Pest Control/PCT Magazines).

7. Instrumental in helping to pioneer the concept of perimeter termite treatment using non-repellent liquid termiticides. Considered to be the most significant change in conventional termiticide application in years, consumers have benefited from less disruption of household items and drilling of floors, lower cost, and reduced risk of exposure to pesticides. Registered by EPA in 2004, the concept has had a major influence on the way termites are being managed in the United States and throughout the world.

8. Responding to the global resurgence of bed bugs, we have been working on the front lines of the pandemic and are considered one of the premier institutions for information, research and management advice. Our extension information, listed near the top in Google™ , receives more than one million 'hits' annually, and >100 articles and interviews were provided to such organizations as *The New York Times, Washington Post, Wall Street Journal, USA Today, Business Week, U.S. News & World Report, CNN, BBC, NPR, and Pest Control/ PCT Magazines*. More than 75 invited presentations and workshops on bed bug management have been conducted for the hospitality, housing, public health and pest control industries. We also documented the first field resistance to pyrethroid insecticides, which will have profound implications for future management.

**Publications:**

Book Chapters:

Potter, M.F. 2010. Termites. 151 pp. In Handbook of Pest Control. (10th edition). S.A. Hedges (ed.). Franzak & Foster. Cleveland, OH (*in press*).

Potter, M.F. 2004. Termites. pp. 216-361. In Handbook of Pest Control. (9th edition). S.A. Hedges (ed.). Franzak & Foster. Cleveland, OH.

Potter, M.F. 1997. Termites. pp. 233-333. In Handbook of Pest Control. (8th edition). S.A. Hedges (ed.). Franzak & Foster, Cleveland, OH.

Potter, M.F. 1997. Controlling subterranean termites. pp. 251-56. In Troubleshooting Guide to Residential Construction. J. Light Construction (ed.) Builderburg Group, Richmond, VT.

Potter, M. F. 1995. Biting and stinging pests. pp. 91-94. In Entomological Society of America Handbook of Turfgrass Insect Pests. R.L. Brandenburg and M.G. Villani (eds.). Entomological Society of America, Lanham, MD.

Journal Articles and Proceedings:

Potter, M.F., B. Rosenberg and M. Henriksen. 2010. Bugs without borders: defining the global bed bug resurgence. Pest World. Sept./Oct.: 8-20.

Potter, M.F. and K.F. Haynes. 2010. The sensitivity spectrum: human reactions to bed bug bites. Pest Control Technol. 38(2): 70-74, 100.

Haynes, K.F., M.H. Goodman and M.F. Potter. 2010. Bed bug deterrence. BMC Biology. 8:117. http://www.biomedcentral.com/1741-7007/8/117

Potter, M.F., K.F. Haynes and A. Romero. 2010. Bed Bug Management in the USA. SPWorld. 38: 9-12.

Romero, A., M.F. Potter and K.F. Haynes. 2010. Circadian rhythm of spontaneous locomotor activity in the bed bug, *Cimex lectularius* L. J. Insect Physiol. *In Press.*

Potter, M.F., K.F. Haynes, M. Goodman, S. Stamper and S. Sams. 2010. Controlling bed bugs with Nuvan Prostrips. Pest Management Professional. 78(3): 46, 47, 49-52.

Fang, Z., J. Wigginton, A. Romero, A. Moore, K. Ferguson, R. Palli, M.F. Potter, K.F. Haynes, and S.R. Palli. Widespread distribution of knockdown resistance mutations in the bed bug, *Cimex lectularius* (Hemiptera: Cimicidae), populations in the United States. Arch. Insect Biochem. Phys. *In press.*

Romero, A., M.F. Potter and K.F. Haynes. 2009. Evaluation of piperonyl butoxide as a deltamethrin synergist for pyrethroid-resistant bed bugs. J. Econ. Entomol. 102(6): 2310-15.

Romero, A., M.F. Potter and K.F. Haynes. 2009. (Cover Story) Are dusts the bed bug bullet? Pest Management Professional. 77(5): 22,23,26,28,30.

Romero, A., M.F. Potter and K.F. Haynes. 2009. Behavioral responses of the bed bug to insecticide residues. J. Med. Entomol. 46: 51-57.

Potter, M.F., A. Romero and K.F. Haynes. 2008. Battling bed bugs in the USA. Proc. Intl' Conf. Urban Pests. Budapest, Hun. 401-406.

Potter, M.F., A. Romero, K.F. Haynes and T.. Jarzynka. 2008. Bed bugs, heat and hotel rooms. Pest Control Technol. 36(10): 106, 108, 109, 112, 114, 116, 118, 120-21.

Potter, M.F. 2008. The history of bed bug management: lessons from the past. Pest Control Technol. 36(8) 12pp.

Potter, M.F. 2008. Bedbugs: understanding and control (2nd edition). Pest Control Technol. 36(6) 8pp.

Potter, M.F., K.F. Haynes, A. Romero, E. Hardebeck and W. Wickemeyer. 2008. Is there a new bed bug answer? Pest Control Technol. 36(6): 116, 118-24.

Haynes, K.F., A. Romero, R. Hassell and M.F. Potter. 2008. (Cover Story) The secret life of bed bugs. Pest World. Jan/Feb: 4-8.

Potter, M.F. 2008. (Cover Story) The business of bed bugs. Pest Management Professional. 76(1): 24-40.

Potter, M.F., A. Romero, K.F. Haynes and E. Hardebeck. 2007. (Cover Story) Killing them softly: battling bed bugs in sensitive places. Pest Control Technol. 35(1): 24, 25, 27, 29-30, 32.

Romero, A., M.F. Potter, K.F. Haynes and E. Hardebeck. 2007. Insecticide resistant bed bugs: implications for the industry. Pest Control Technol. 35(7): 42,44,46,48,50,143.

Romero, A., M.F. Potter, D.A. Potter and K.F. Haynes. 2007. Insecticide resistance in the bed bug: a factor in the pest's sudden resurgence? J. Medical Entomol. 44(2): 175-8

Potter, M.F. 2007. (Cover Story) The state of termite management. Pest Control Technol. 35(2): 38-40, 43,44,46,49, 51,54,56.

Trout, R.T., G.C. Brown, M.F. Potter and J.L. Hubbard. 2007. Efficacy of two pyrethroid insecticides applied as barrier treatments for managing mosquito (Diptera:Culicidae) populations in suburban residential properties. J. Medical Entomol. 44(3): 470-77.

Potter, M.F., A. Romero, K.F. Haynes and W. Wickemeyer. 2006. Battling bed bugs in apartments. Pest Control Technol. 34(8): 44-52.

Potter, M.F. 2006. Chinche de cama (bed bugs). Techno Control Urbano. 4: 20-25.

Potter, M.F. 2006. Mystery bites: diagnosis and management. Pest Control Technol. 34(6). 7pp.

Potter, M.F. 2006. The perfect storm: an extension view on bed bugs. Am. Entomol. 52(2): 102-4.

Sharma, K., S.B. Muldoon, M.F. Potter, and H.L. Pence. 2006. Ladybug hypersensitivity among residents of homes infested with ladybugs in Kentucky. Annals of Allergy, Asthma, and Immunology. 97(4): 528-31.

Potter, M.F., K. Sharma, H.L. Pence and S.B. Muldoon. 2006. Ladybugs are a new source of allergy. Pest Control. 74(3).

Potter, M.F. 2005. A bed bug state of mind: emerging issues in bed bug management. Pest Control Technol. 33(10): 82-85,88,90,92-93,96-97.

Hubbard, J.L., R.T. Trout, G.C. Brown, and M.F. Potter. 2005. Do backyard mosquito sprays work? Pest Control Technol. 33(5).

Potter, M.F. 2004. Bedbugs: understanding and control. Pest Control Technol. 32(8): 13-17.

Potter, M.F. 2004. Termite tendencies. Pest Control Technol. 32(2): 34-36, 38-40, 98.

Potter, M.F. and A.E. Hillery. 2003. Trench warfare. Pest Control Technol. 31(2): 42-55.

Potter, M.F. and A.E. Hillery. 2003. Nonrepellent strategies for odorous house ants. Pest Control. 71(5): 32-34.

Potter, M.F. and A.E. Hillery. 2002. Exterior-targeted liquid termiticides: an alternative approach to managing subterranean termites in buildings. Sociobiology 39: 373-405.

Potter, M.F., A.E. Hillery and S. Sims. 2001. (Cover Story) Termite inspections: active or inactive? Pest Control Technol. 29(2):32-34,42.

Potter, M.F. and A.E. Hillery. 2001. Thinking 'outside' the box. Pest Control Technol. 29(3):68,69,72,74,76,78-82,84,112.

Potter, M.F., E.A. Eliason, K. Davis and R.T. Bessin. 2001. Managing subterranean termites in the midwest with a hexaflumuron bait and placement considerations around structures. Sociobiology. 38: 565-585.

Potter, M.F., E.A. Eliason and K. Davis. 2001. Targeting termites with Baits. Pest Control Technol. 29(7):58-60,63.

Potter, M.F., C. Asberry, and A.J. Grieco. 2001. Houseboat termite horror. Pest Control Technol. 29(8):68,70,72.

Potter, M.F., T. V. Myers and C. Asberry. 2000. A watery termite tale. Pest Control. 68(2):54,56,60.

Potter, M.F. and R.T. Bessin. 2000. Termites and public attitudes. Pest Control Technol. 28(2):38-43,46,48,50,52,56.

Potter, M.F. and A.E. Hillery. 2000. The new termite killers. Pest Control Technol. 28(5):54,55,58-63.

Potter, M.F. 1999. (Cover Story) The changing face of termite control. I. Pest Control Technol. 27(2): 23,26,28,30,110.

Potter, M.F. 1999. The changing face of termite control. II. Pest Control Technol. 27(3):32-34,36,38,39,42,90.

Potter, M.F. and R.T. Bessin. 1998. Pest control, pesticides and the public: attitudes and implications. Am. Entomol. 44(3): 142-47.

Potter, M.F. 1998. Do-it-yourself termite baits: do they work? Pest Control Technol. 26(10):34,36,38.

Potter, M.F. 1997. Overview of diffusible preservative use by the U.S. pest control industry. Proc. 2nd Intl Conf. Diffusible Wood Pres. Mobile, AL. pp. 7-13.

Potter, M.F. 1997. (Cover Story) Termite baits: a status report. Pest Control Technol. 25(2) 24-26, 28,29,35-37,97,105-106,110.

Potter, M.F. 1997. Controlling termites. J. Light Construction. 6: 47-52.

Potter, M.F. 1996. Talking "termites" with customers. Pest Control. 64(4) 42,44,46.

Potter, M.F. 1995. Ladybug, ladybug: fly away from my home. Pest Control. 63(8) 58,62,64,65.

PCT and M.F.Potter. 1995. Window of opportunity (wood-infesting insects and borates). Pest Control Technol. 23(2) 42,43,46,47.

Potter, M.F. and R.T. Bessin. 1995. People, pests & poisons: an attitudinal survey. Pest Control Technol. 23(6) 84,88,92,93.

Potter, M. F. 1994. Still fighting retreats? Pest Control 62(2) 45-48.

Potter, M. F., T. V. Myers, and T. Blake. 1994. Termites and foam: a field report. Pest Control Technol. 22(2) 34, 38,39,40,44,46.

Potter, M. F. 1994. (Cover Story) The coming technology: a wild ride. Pest Control Technol. 22(10) 35-45.

Potter, M. F. 1993. (Cover Story) The trend towards foam. Pest Control Technol. 21(3) 46-52.

Potter, M. F. 1993. Diagnosis and management of powderpost beetles. Pest Control Technol. 21(4).

Potter, M. F. 1993. Pesticide application: hitting the target. Service Technician Magazine 1(1) 55-57.

Potter, M. F. 1993. Preserving history with borates. Pest Control Technol. 22(6) 68-74.

Potter, M. F. 1993. Foam application of termiticides: bridging art with science. Proc. Workshop on the Foam Application of Termiticides. College Station, TX. pp. 85-89.

Potter, M.F. 1992. Management strategies for mystery bugs. Pest Control Technol. 20(4) 44-52.

Potter, M. F. 1992. What about the borates? Pest Control 60(2) 40-41.

Potter, M. F. 1992. Pesticide application: a self-portrait. Pest Control Technol. 19(6) 72-74.

Mix, J. and M. F. Potter. 1992. Using all the tools. Pest Control 60(5) 40-42.

Potter, M. F. 1992. Stretching your pest control service interval. Pest Control Technol. 20(10) 42-46.

Potter, M. F. 1991. Managing ectoparasites in urban environments: a pest control operator perspective. Proc. Intl. Sympos. Ectoparasites of Pets. Lexington, KY. pp. 63-69.

Potter, M. F., J. P. Hardy, and S. E. Richardson. 1990. Foam Technology: effective new tool against subterranean termites. Pest Control 59(6): 72-77.

Cooperative Extension Publication examples (more than 50 total; see departmental website for others):
Potter, M.F. Bed bugs.
Potter, M.F. Termite control: answers for the homeowner.
Potter, M.F. Protecting your home against termites.
Potter, M.F. Termite baits: a guide for homeowners.
Potter, M.F. Powderpost beetles.
Potter, M.F. How to pest-proof your home.
Potter, M.F. Ant control for homeowners.
Potter, M.F. Cockroach elimination in homes & apartments.
Potter, M.F. Eliminating spiders around homes & buildings.
Potter, M.F. Brown recluse spider.
Potter, M.F., R.T. Bessin, and L.H. Townsend. Asian ladybeetle infestation of structures.
Potter, M.F. Ticks & disease in Kentucky.
Potter, M.F., L.H. Townsend and F.W. Knapp. Mosquitoes: practical advice for homeowners.
Potter, M.F. Invisible itches.
Potter, M.F. Public health pest management: a training guide.

Patents:
Potter, M.F. et al. 1998. Use of acyl urea compounds for controlling endoparasites and ectoparasites of warm-blooded animals. U.S. Patent Nos. 5,776,981; 5,776,982. Assignee: Novartis Corp.

**Awards and Recognition**:
Featured by Pest Control Magazine as their "Industry Leader Making Headlines" (Feb. 2006)
Book Dedication: Mallis Handbook of Pest Control (9th edition, 2004).
Recipient of 2001 PCT Leadership Award for career contributions to the pest control industry.
Entomological Society of America (North Central Branch) - Recognition Award in Urban Entomology, 1997
Orkin Award for Excellence in Urban Entomology, 1994, '97, '99, '00.
Recognized as one of the "25 Most Influential People in the Industry," *Pest Control Technology*, Oct. 2000.
Recognized as one of the most influential people in the Pest Control Industry (only extension entomologist honored). *Pest Control Technology Magazine,* 1993.
Keynote Address: Bed bug Management. National Assoc. of Housing and Redevelopment Officials Ann. Conf. Indianapolis, IN. 2010
Keynote Addresses: Bed bug Training for the Hospitality Industry in preparation for the World Cup. Johannesburg, Capetown, SA 2009

Keynote Addresses: NPMA Bed bug Management Seminars (Newark, Seattle) 2009.
Keynote Address: Taking the Battle to Bed Bugs. PCT Seminar Series. Boston, MA. 2009
Keynote Addresses: Bed bug Training for the Hospitality Industry. 2008. Paris, Milan, Dublin, Madrid.
Keynote Address: S.C. Johnson Research & Development Seminar. Racine, WI 2008
Keynote Address: NYC Pest Management Conference, New York, NY 2008
Keynote Addresses: Bed bug Training for the Apartment Industry, Dayton, 2008, Cincinnati, 2007, Sharonville, 2006, OH
Keynote Address: Bed bug Training for the Hospitality Industry, Orlando, FL 2007
Keynote Addresses: Rentokil/Ehrlich (Lancaster, PA), Middleton Pest Control (Orlando, FL), 2007
Keynote Address: Hawaii Pest Management Conference, Oahu, HA, 2006.
Keynote Address: Interstate Pest Management Conference, College Park, MD 2006.
Keynote Addresses: NPMA Bed bug Management Seminars (Newark, Chicago, Atlanta, Los Angeles, Dallas) 2005.
Keynote Address: Minnesota Pest Management Conf., Brooklyn Center, MN 2005.
Keynote Address: PCT Termite Management Summit, Houston, TX. 2003
Keynote Addresses: Modern Termite Management Technology Seminars, Australia (8 different cities) 2003
Keynote Address: Illinois Pest Management Conf., Springfield, IL. 2003
Keynote Addresses: Japan Termite Management Seminars (3 different cities) 2001.
Keynote Address: Aventis Environmental Sciences Termite Summit, Hilton Head, SC. 2001
Keynote Address: Alabama Pest Control Conference, Auburn, AL. 2001
Keynote Address: University of California Pest Management Conf., Riverside, CA. 2000
Keynote Address: Tennessee Pest Control Conference, Knoxville, TN. 1999
Keynote Address: Whitmire Micro-Gen Scientific Symposium, San Antonio, TX. 1998
Keynote Address: B&G Annual Pest Management Conference, Dallas, TX. 1998
Keynote Address: Interstate Pest Control Conference, College Park, MD. 1998
Keynote Addresses: Kentucky Pest Control Association Annual Convention. Louisville, KY. 1997, 2001, 2005
Keynote Address: National Perimeter Pest Management Conference, Atlanta, GA. 1997
Plenary Speaker, 2nd Intl' Conf. on Wood Protection with Diffusible Preservatives, 1996
Keynote Address, Orkin National Training Workshop, 1996
Keynote Address, Alabama Pest Control Conference, 1995
Pest Control Industry Spokesperson, Federal Pesticide Symposium, 1993
Keynote Address, National Pest Control Association Eastern Conf., 1993
Plenary Speaker, Purdue Pest Control Conference, 1992, '93, '96, '97

**Selected Committees, Administrative Assignments:**
Conference Chair, UK Pest Control Short Course, 1991-present
Education & Technical Advisor, Kentucky Pest Management Association, 1991-present
Secretary, Kentucky Structural Pest Control Advisory Board, 1991-present
Education Committee, National Pest Management Assoc. 1998, 2002-6
Chair, UK Pest Control Fellowship Committee, 1998-2006
Distinguished Achievement Award in Urban Entomology Selection Committee, 1995-8
ESA Recognition Award in Urban Entomology Selection Committee, 1996-8
ESA J.P. LaFage Outstanding Graduate Student Selection Committee, 1995-6
Conference Chair, Fumigation, Food Processing & Commodity Pest Management Conf., 1993
International Symposium on Ectoparasites of Pets Program Committee, 1993, 1995, 2007

**Invited Lectures at Professional Meetings** (typical attendance 300 to >1000):
Responding to the global bed bug pandemic. 2010. Global Pest Management Summit. Barcelona, SP.
Bed bug insecticides and ancillary products. 2010. National Bed bug Summit. Chicago, IL.
Managing bed bugs in multi-family housing. 2010. NCRC/NAHRO Ann. Housing Conference. Indianapolis, IN
Medical and societal impacts of bed bugs. 2010. National Conference on Urban Entomology. Portland, OR
Research and prospects for managing the bed bug. 2010. Orkin Corporate Technical Seminar. Atlanta, GA
Research and prospects for managing the bed bug. 2010. Terminix Corporate Technical Seminar. Rockbridge, MO
Research update on bed bug management. 2010. Wisconsin Pest Management Assoc. Ann. Meeting. Madison, WI.
2010. Minnesota Pest Management Assoc. Ann. Meeting. Minneapolis, MN. 2010 Rose Pest Solutions Ann. Conf. Detroit, MI.

Innovative bed bug solutions. 2010. Bayer Environmental Science Technology Forum. Ft. Lauderdale, FL.
Battling bed bugs: pitfalls and prudence. 2009. National Pest Management Assoc. Ann. Convention, Las Vegas, NV
Bed bug research and management. 2009. New York Pest Expo. New York, N.Y.
Bed bug challenges, methods and management. 2009. EPA National Bed Bug Summit. Washington, D.C.
Bed bugs: What you really need to know. NPMA Bed bug Management Seminars (Newark, Seattle) 2009.
Taking the Battle to Bed Bugs. PCT Seminar Series. Boston, MA. 2009
Bed bug research update. 2009. Terminix International Technical Seminar. Rockbridge, MO.
A bed bug state of mind. 2009. Corporate Housing Providers Association National Webinar.
Bed bug prevention for the hospitality industry in preparation for the World Cup Soccer Tournament. 2009. Johannesburg, SA, Capetown, SA
Bed bugs and employee relocation. Microsoft Human Resources Workshop. Seattle, WA.
Bed bug research, management & mayhem. 2009. Canadian Pest Management Workshops. Toronto, Vancouver. 2009. Clark Commercial Pest Management Conf. Sacramento, CA.
Managing bed bugs in apartments & condominiums. 2008. 2007. Ohio Rental Property Managers Seminars. Cincinnati , Dayton OH. 2006. Greater Ohio/Kentucky Apartment Assoc., Sharonville, OH.
Bed bug prevention for the hospitality industry. 2008. Paris, Fr, Milan, Ital., Dublin, Ire., Madrid, Sp.
The perfect storm: battling bed bugs in the USA. 2008. International Conference on Urban Pests. Budapest, Hun.
Historic bed bug management: lessons from the past. 2008. National Pest Management Assoc. Ann. Convention, Washington, D.C.
Bed bug regulation, management & mayhem.2008. Assoc. Structural Pest Control Regulatory Officials Ann. Meeting. Albuquerque, NM
Bed bugs: A New York State of Mind. 2008. NYC Pest Management Conf. New York, NY.
Managing bed bugs in the hospitality industry. 2008. Extended Stay Hotels Annual Meeting. San Juan, PR
Bed bugs: A Research Update. 2008. Purdue Pest Management Conf. West Lafayette, IN
Wood, beetles and buildings. 2008. Purdue Pest Management Conf. West Lafayette, IN. 2006. University of Kentucky Pest Control Short Course. Lexington, KY.
The growing bed bug epidemic: An extension perspective. 2007. Annual Meeting of the Entomological Society of America. San Diego, CA.
From the Field: Ultimate Pest Management Challenges. 2007. National Pest Management Assoc. Ann. Convention, Orlando, FL.
A bed bug state of mind. 2007-8. PCT Bed bug Training Seminars. New York, NY, Las Vegas, NV, San Francisco, CA, Washington, D.C., Atlanta, GA.
Bed bug management training workshop. 2007. Bayer Environmental Science Skill Development Workshop. Atlantic City, NJ. 2007. Rentokil/Ehrlich corporate training seminar. Lancaster, PA. Middleton Pest & Lawn Control corporate training seminar. Orlando, FL.
Managing bed bugs in the hospitality industry. 2007. Massey Bed bug Symposium. Orlando, Jacksonville, Ft. Lauderdale, FL
Bed bugs, management & mayhem. 2008. Ohio Pest Management Conf., Cincinnati, OH. 2006. Hawaii Pest Management Conf. Honolulu, HA. 2006. National Pest Management Assoc. Annual Convention. Dallas, TX. 2006. Iowa Pest Management Conf. Des Moines, IA. Ohio Pest Control Conf. Columbus, Cincinnati, OH. 2007. Purdue Pest Control Conf. West Lafayette, IN. 2007. North Carolina Pest Control Conf. Raleigh, NC. Pacific NW Pest Mangt. Conf. Hood River, OR. Tennessee Pest Control Summer Conf., Nashville, TN. Virginia Pest Control Conf., Richmond, VA. New England Pest Control Conf., Peabody, MA. Target Pest Management Seminars. Seattle, WA, Portland, OR.
The growing bed bug epidemic. 2006. KY Assoc. of Environ. Sanitarians. Louisville, KY.
Bed bugs and public health. 2008. Cincinnati Clinical Microbiology Response Network Ann. Symposium. Cincinnati, OH. 2006. Health Department & Code Enforcement Training Seminar. Lexington, KY.
Troubleshooting bed bugs. 2006. International bed bug symposium. Washington, D.C.
Bed bug management strategies. 2005. National Pest Management Assoc. Public Health Conf. New Orleans, LA.
Keynote Address: Bed bugs, the emerging 21st century pest. 2005. National Pest Management Association Bed Bug Seminar Series (Newark, Chicago, Atlanta, Los Angeles, Dallas)
The Perfect Storm: Emerging Issues in bed bug management. 2005. Annual Meeting of the Entomological Society of America. Ft. Lauderdale, FL.
Bugs behaving badly. 2004. National Pest Control Association Annual Meeting. Honolulu, HA. 2005. KPCA Summer Meeting, Louisville, KY. 2006. Georgia Pest Control Conf. Athens, GA. 2006. Interstate Pest

Management Conf. College Park, MD. 2006. Iowa Pest Management Conf. Des Moines, IA. Tennessee Pest Control Conf., Nashville, TN.

The itchy client: troubleshooting infestations. 2004. BCE Delusory Parasitosis Symposium, ESA Annual Meeting. Salt Lake City, UT.

A bed bug state of mind. 2004. KPCA Summer Meeting, Louisville, KY. 2004. Ohio Pest Control Conf. Cincinnati/ Columbus, OH. 2005. Michigan Pest Control Conf. East Lansing, MI. 2005. Arkansas Pest Control Conf., Little Rock, AR. 2005. University of Kentucky Pest Control Short Course, Lexington, KY. 2005. National Pest Management Assoc. Ann. Convention, Nashville, TN. 2006. Georgia Pest Control Conference, Athens, GA. 2006. Michigan Pest Control Conference, Lansing, MI. 2006 Minnesota Pest Management Conf. Minneapolis, MN. 2006. Florida Pest Management Assoc. Summer Conf., Bonita Springs, FL. 2007. Anderson Public Health Conf., Chicago, IL.

The state of termite management in the USA. 2003. PCT Termite Management Summit. Houston, TX. 2005. Michigan Pest Management Conf., East Lansing, MI. 2005. Target Pest Management Seminar, Long Beach, CA. 2005. Arkansas Pest Control Conf., Little Rock, AR. 2006. Hawaii Pest Management Conf. Honolulu, HA.

Termite inspections: A-Z. 2003. KY Real Estate Inspection Assoc. Annual Conf. Lexington, KY.

Pest control tips you can take to the bank. 2003. Georgia Pest Control Conf. Athens, GA. Target Pest Mangt. Seminar. San Ramon, CA.

Perimeter termite treatments: do they work? 2003. KPCA annual meeting. Louisville, KY.

Modern termite management technology. 2003. Australia Pest Management Seminars (8 cities).

Termite research, management & mayhem. 2003. National Pest Mgt. Assoc. Annual Meeting. Dallas, TX.

The great termite debates: research, regulation & remediation (panelist) 2001. National Pest Management Association Annual Meeting. New Orleans, LA. 2002. Orlando, FL.

The industry's toughest pests. (panelist) 2001. Natl Pest Mgt. Assoc. Annual Meeting. New Orleans, LA.

Exterior-targeted liquid termiticides: an alternative approach to termite management. 2002. Australia Pest Mangt, Assoc. Ann. Convention. Caloundra, Aus.

Big changes in Kentucky pest control regulations (panelist) 2002. KPCA annual meeting. Louisville, KY.

Termite control: making sense of madness. 2002. Annual Meeting of ESA. Ft. Lauderdale, FL.

Termite control workshop. 2001. EPA Region 4 Inspector Training Conference. Asheville, NC.

Termite research symposium. 2001. Assoc. Struc. Pest Control Regulatory Officials ann. meeting. Ft.Lauderdale, FL

The future of termite control in the U.S.A 2001. Asia-Pacific Termite Research Seminar. Taipei, Taiwan.

Termite control: thinking 'outside' the box. 2001. Japan Termite Control Industry meetings. Okinawa, Fukuoka, Tokyo, Japan. 2001.National Pest Control Association Annual Meeting. New Orleans, LA.

Termite bait efficacy: an extension perspective. 2000. Federal Trade Commission/State Attorney General Advisory Meeting. Ft. Lauderdale, FL.

The future of termite control (corporate addresses). 2000. Novartis. Greensboro, NC. 2001. Dow AgroSciences. Indianapolis, IN. 2000. Aventis Environmental Science. Montvale, NJ. 2001. Terminix International. Memphis, TN. Bayer Corporation. Kansas City, MO. 2002. The Scotts Company, Marysville, OH. Cook's Pest Control, Decatur, AL. Middleton Pest Control, Orlando, FL.

Termite control products: what's hot, what's not. 2000. Kentucky Pest Control Association Summer Conference. Louisville, KY.

How consumers view termite and pest control. 2000. Pest Control Technology/Aventis Environmental Science Termite Symposium. West Palm Beach, FL.

Real practical termite research. 2000. 30th Annual Univ. of Kentucky Pest Control Short Course. Lexington, KY.

The changing face of termite control. 2000. Orkin Termite Research Symposium. Atlanta, GA. 2001. Purdue Pest Control Conference. West Lafayette, IN. 2001 Alabama Pest Control Conf. Auburn, AL. 2001 South Carolina Pest Control Conf. Columbia, SC. 2001.Oklahoma Pest Control Conference. Oklahoma City, OK. 2001. New Jersey Pest Management Conf. Rutgers, NJ. 2001. Target Pest Management Seminars. Mesa, AZ, San Diego, CA. 2002. North Carolina Pest Management Conf. Raleigh, NC. 2003. Illinois Pest Management Conf. Springfield, IL.

Ask the termite experts (panel). 2000. National Pest Management Association Annual Convention. Las Vegas, NV.

Ant control: an extension perspective. 1999. Zeneca National Ant Control Conference. San Antonio, TX.

The problem with pests. 1999. RISE National News Media Event. New Orleans, LA.

The termite market revolution. (facilitator). 1999. PCT Dialogue Business & Technology Conf. New Orleans, LA.

Wood infesting beetles of structures. 1999. 29th Annual University of Kentucky Pest Control Short Course. Lexington, KY. 1999. Tennessee Pest Control Conf. Knoxville, TN. 2004. Minnesota Pest Management Conf., Minneapolis, MN. 2006. Kentucky Pest Management Association Training Seminars, Covington, Bowling Green, KY.

Termite control training workshop. 1999. Connecticut Pest Control Assoc. North haven, CT.

Pest control in food plants. 1999. Institute of Food Technologists regional meeting. Louisville, KY.

Termites and public attitudes. 1999. Association of Structural Pest Control Regulatory Officials annual meeting. Lexington. KY. 2000. Target Pest Management Seminars. Mesa, AZ., Long Beach, CA. 2000. National Conf. on Urban Entomology. Ft. Lauderdale, FL. 2000. Oklahoma Pest Control Conference. Oklahoma City, OK.

Perimeter treatments: a value-added service. 1998. National Pest Control Association Annual Meeting. Nashville, TN. 1998. Kentucky Pest Control Association Annual Convention. Louisville, KY. 1999. Tennessee Pest Control Conf. Knoxville, TN. 1999. Target Pest Management Seminars. Mesa, AZ., Buena Park, CA. Presto-X Training Seminar. Omaha, NE. 2000. Minnesota Pest Management Conference. Minneapolis, MN. 2000 Pacific Northwest Pest Management Conf. Hood River, OR. 2000. Whitmire Micro-Gen Scientific Symposium. Boston, MA. 2001. New Jersey Pest Control Conf. Rutgers, NJ. Forshaw Pest Mangt. Seminars. Cincinnati, Columbus, OH.

Keynote Address: Beyond IPM: science, service & customers. 1998. Whitmire Micro-Gen Scientific Symposium. San Antonio, TX.

Into the crystal ball: the future of termite control (panel/facilitator). 1998. National Pest Control Association Annual Meeting. Nashville, TN.

You don't have to be an entomologist to identify insects. 1998. Minnesota Pest Management Conference. Minneapolis, MN. 1999. North Carolina Pest Control Conf. Raleigh, NC., Michigan Pest Control Conf., Lansing, MI. 2000 Pacific Northwest Pest Management Conf. Hood River, OR. 2000. National Pest Management Association Annual Convention. Las Vegas, NEV. 2001. Purdue Pest Control Conf. West Lafayette, IN. South Carolina Pest Control Conf. Columbia, SC. Tennessee Pest Mangt. Conf. Knox., TN.

Termite baits: unplugged. 1998. B&G 28th Ann. Conf. Dallas, TX. 1999. North Carolina Pest Control Conference. Raleigh, NC. Michigan Pest Control Conf., Lansing, MI. Presto-X Training Seminar. Omaha, NE.

The future of termite baiting in the U.S.A. 1998. Rhone-Poulenc Global Termite Research Conference. Megeve, France.

The itchy account: management strategies for the PCO. 1998. Purdue Pest Control Conference. West Lafayette, IN. 2000. Target Pest Management Seminars. Mesa, AZ., Long Beach, CA. 2000. Minnesota Pest Management Conference. Minneapolis, MN. 2001-2. Forshaw educational seminars. Cincinnati, Columbus OH, Charlotte, NC.

Keynote Address: Thinking outside "the box": perimeter service for the new millennium. 1998. Interstate Pest Control Conference. College Park, MD. 2000. University of California Pest Management Conf. Riverside, CA.

The great ethics debate in urban entomology (facilitator). 1998. National Conference on Urban Entomology. San Diego, CA.

Keynote Address: Termite baits: a status report.1998. B&G 28th Ann. Conf. Dallas, TX.

The great termite debate (facilitator). 1998. PCT Dialogue Business & Technology Conf. San Diego, CA.

Wood, bugs, & buildings: defending our wood in service. 1998. UK Forestry Department Seminar. Lexington, KY.

Plenary Speaker: New technologies in urban pest management. 1997. Purdue Pest Control Conference. West Lafayette, IN.

Urban pest management and the future. 1997. Ontario Pest Management Conference. Toronto, Ont. Can.

Flea management for the PCO. 1997. Ontario Pest Management Conference. Toronto, Ont. Can.

Keynote Address: Increased opportunities in perimeter pest management. 1997. National Conf. Perimeter Pest Management. Atlanta, GA.

Cashing in on credibility. 1997. Orkin National Food Safety Conference. New Orleans, LA.

The great termite bait debate (facilitator). 1997. PCT Dialogue Business & Technology Conference, Atlanta, GA.

The future of termite control in the U.S.A. 1997. Rhone-Poulenc Global Termite Conf., Divonne, France.

News from the research & extension community. 1997. Assoc. Structural Pest Control Regulatory Officials Annual Meeting. Nashville, TN.

Keynote Address: Termite control today and for the future: an IPM approach. 1997. Kentucky Pest Control Assoc. Ann. Meeting. Louisville, KY.

Termite baits: do they really work? 1997. Iowa Pest Control Conference. Des Moines, IA. 1997. KPCA Ann. Meeting. Louisville, KY.
Management strategies for mystery bugs. 1997. Iowa Pest Control Conference. Des Moines, IA.
The future of urban IPM: an extension perspective. 1997. Annual Meeting of ESA. Nashville, TN
Termite control: using all the tools. 1998. Purdue Pest Control Conference. West Lafayette, IN. B&G 28th Annual Pest Control Conference. Oklahoma City, OK. 1999. Target Pest Management Seminars. Mesa, AZ, Buena Park, CA.
Pesticides, public perception and the food industry; II. New management approaches for food processors. 1996. Southern Regional Food Processing Conference. Little Rock, AR.
U.S. perspective on urban pest management and the structural pest control industry. 1996. Rhone-Poulenc Global Development Workshop. Orlando, FL.
The importance of technical competence in structural pest control. 1996. Whitmire Institute of Technology Symposium. St. Louis, MO.
Ask the experts (panel). 1996. Annual Meeting of the National Pest Control Association. San Diego, CA. 1997. Annual Meeting of the National Pest Control Association. Minneapolis, MN.
Plenary Speaker: Overview of diffusible preservative use by the U.S. pest control industry. 1996. 2nd International Conference on Wood Protection with Diffusible Preservatives. Mobile, AL.
Itches and delusions. 1996. Tennessee Pest Control Conference. Knoxville, TN. 1997. Florida Pest Control Assoc. Annual Convention. Lake Buena Vista, FL.
Is there a crisis in pest management consulting in the U.S.? (practicing urban entomologists' perspective). 1996. Annual Meeting of ESA. Louisville, KY.
Keynote Address: Urban pest management and the public. 1995. Alabama Pest Control Conf. Montgomery, AL.
PCO Services Educational Seminars (several topics). 1995. St.Louis, MO; Kansas City, MO.
"Students' Choice" Symposium: From courtrooms to cockroaches: perspectives of an urban extension entomologist. 1995. North Central Branch Meeting, ESA. Lexington, KY.
Keynote Address: The future of urban pest management. 1995. Orkin National Training Workshop. Atlanta, GA.
Research perspective on termite control failures. 1995.1st Natl Termite Control Workshop. Gulfport, MS.
Baiting strategies for cockroaches. 1995. Tennessee Pest Control Conference. Knoxville, TN.
What's hot, what's new. 1995. Texas Pest Control Conference. Austin, TX.
Plenary Speaker: New technologies in urban pest management. 1996. Purdue Pest Control Conference. West Lafayette, IN.
People, pests and poisons: keeping the demons in the bottle. 1994. Whitmire Institute of Technology Scientific Symp. St. Louis, MO. 1995. Purdue Pest Control Conference. West Lafayette, IN.
1995. Tennessee Pest Control Conf. Knoxville, TN. 1997. Orkin National Food Safety Conf.. New Orleans, LA. 1997. Florida Pest Control Assoc. Annual Convention. Lake Buena Vista, FL.
1998. Minnesota Pest Management Conference. Minneapolis, MN.
New technologies on the exhibit floor: a scouting report for decision makers (roundtable discussion). 1994. National Pest Control Association Annual Meeting. Honolulu, HI.
Connecticut Dept. of Environmental Protection Termite Conf.(several topics). 1994. New Haven, CT.
New technologies for the food industry. 1994. Fumigants & Pheromones Technical Symposium. Indianapolis, IN.
New technologies in termite control. 1995. Purdue Pest Control Conference. West Lafayette, IN.
Rationales for extension urban pest control recommendations. 1994. North Central Branch Meeting, ESA. Springfield, IL.
A technician's guide to non-chemical pest management. 1994. Purdue Pest Control Conference. West Lafayette, IN.
The future of structural pest control. 1994. Texas Annual Pest Control Conference. College Station, TX.
IPM: putting concepts into practice. 1994. Memphis Pest Control Conference. Memphis, TN.
Southern Mill Creek Educational Seminars. 1994. (several topics). Newark, NJ; Pittsburgh, PA.
Proper use of pesticides in nuisance wildlife control. 1994. Eastern Nuisance Wildlife Control Conference. Lexington, KY.
Forshaw Educational Seminars. 1994. (several topics). Ocala, FL; Atlanta, GA.
Keynote Address: New technology for the pest control industry. 1993. Purdue Pest Control Conference. West Lafayette, IN.
Foam technology for termite control. 1993. Purdue Pest Control Conference. West Lafayette, IN. 1994. Memphis Pest Control Conference. Memphis, TN.

Keynote Address: Urban pest management: the environment and the future. 1993.National Pest Control Association Eastern Conference. Atlantic City, NJ.
Specialty pesticides in structural pest control. 1993. Federal Pesticide Symposium. Washington, D.C.
Fighting termites with foam. 1993. Arkansas Pest Control Conference. Little Rock, AR.
Foam application of termiticides: bridging art with science. 1993. Workshop on the Foam Application of Termiticides. College Station, TX.
Forshaw Educational Seminars. 1993. (several topics). Charlotte, NC; Richmond, VA; Cincinnati, OH.
Using foam technology to control termites. 1993. Purdue Structural Pest Control Training Workshop. West Lafayette, IN.
Plenary speaker: Selling and implementing pest management programs. 1992. Purdue Pest Control Conference. West Lafayette, IN.
Making sense of urban pest management. 1992. Georgia Pest Control Association Summer Conf. Savannah, GA.
Integrated pest management is marketable. 1992. Whitmire Institute of Technology Symposium. St. Louis, MO.
How to implement an urban IPM program. 1992. Fumigants & Pheromones Technical Symp. Indianapolis, IN.
Education, information and technology transfer. 1992. Annual Meeting of the Entomological Society of America. Baltimore, MD.
New technologies in urban pest management. 1992. Maryland Pest Control Association Winter Conference. Baltimore, MD. 1995. Tennessee Pest Control Conference. Knoxville, TN. 1996. Memphis Pest Control Conference. Memphis, TN. 1997. Minnesota Pest Management Conference. Minneapolis, MN. 1997. PCT Dialogue Business & Technology Conference, Atlanta, GA.
Managing Ectoparasites in urban environments: a pest control operator perspective. 1991. 1st International Symposium on Ectoparasites of Pets. Lexington, KY.