# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S., <br><br> Plaintiffs, <br><br> v. <br><br> MAKHTESHIM AGAN OF NORTH AMERICA, INC., and CONTROL SOLUTIONS, INC., <br><br> Defendants. | Case No. 1:10-cv-276-WO-WWD |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, plaintiffs BASF Agro B.V., Arnhem (NL), Wädenswil Branch ("BASF") and Bayer S.A.S. ("Bayer") (collectively, "Plaintiffs") and defendants Makhteshim Agan of North America, Inc., and Control Solutions, Inc. ("Defendants") (together with Plaintiffs, the "Parties") hereby move this Court for a revised scheduling and case management order, reflecting the removal of the January 19, 2011 preliminary injunction hearing date from the Court's calendar.

As grounds for this motion, the Parties state that they previously requested a January 19, 2011 preliminary injunction hearing based on Plaintiffs' understanding that Defendants planned to enter the U.S. marketplace on or around February 2011. As Plaintiffs noted in their October 18, 2010 Notice Regarding Preliminary Injunction Hearing Date (D.I. 43) and during the teleconference with the Court on the same date, Plaintiffs believe that recent discovery from Defendants indicates that that the issues to be decided at the preliminary injunction hearing to have been held on January 19, 2011 may not be ripe for resolution by that date, and that there may be no need for preliminary relief before a trial on the merits in July 2011. Plaintiffs noted

during the teleconference that they reserve the right to seek preliminary relief in advance of the July 2011 trial date if their understanding of the facts changes based on further discovery. The Court removed the January 19, 2011 hearing date from its calendar and requested that Plaintiffs notify the Court if facts evolve such that Plaintiffs subsequently intend to seek preliminary relief. The Parties have worked to agree upon a schedule reflecting the fact that deadlines intended to prepare for a January 19, 2011 hearing are no longer necessary in the absence of a hearing on that date. The Parties have included a proposed amended schedule reflecting this development.

WHERETOFORE, for the foregoing reasons, the Parties respectfully request that the Court enter the enclosed Amended Scheduling Order.

Respectfully submitted:

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

DATED: October 22, 2010

/s/ Pressly M. Millen
Pressly M. Millen (NCSB No. 16178)
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

2

John E. Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
began@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Counsel for BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Counsel for Bayer S.A.S.*

SMITH MOORE LEATHERWOOD LLP

DATED: October 22, 2010

/s/ James L. Gale
James L. Gale (NCSB No. 6160)
Two Hannover Square, Suite 2800
434 Fayetteville Street
Raleigh, NC 27601
jim.gale@smithmoorelaw.com
phone: (919) 755-8700
fax: (919) 755-8800

*Attorneys for Defendants
Makhteshim Agan of North America, Inc., and Control Solutions, Inc.*

Of Counsel for Defendants:

Marta E. Gross
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
mgross@goodwinprocter.com
phone: (212) 459-7499
fax: (212) 355-3333

# CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the **JOINT MOTION TO AMEND SCHEDULING ORDER AND PROPOSED ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: James L. Gale, jim.gale@smithmoorelaw.com, Marta E. Gross, mgross@goodwinprocter.com, Joseph B. Crystal, jcrystal@goodwinprocter.com, Michael Beck, mbeck@goodwinprocter.com and April E. Abele, aabele@goodwinprocter.com.

DATED: October 22, 2010.
    /s/ Pressly M. Millen
Pressly M. Millen (NCSB No. 16178)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: pmillen@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
phone: (202) 223-7300
fax: (202) 223-7420
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
phone: (212) 373-3000
fax: (212) 757-3990
jnathan@paulweiss.com

cnyarady@paulweiss.com
kraman@paulweiss.com
jlcohen@paulweiss.com

Robert J. Koch
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
phone: (202) 835-7500
fax: (202) 835-7586
rkoch@milbank.com

# EXHIBIT A

## BASF. v. MANA – Proposed Amended Scheduling Order

| Event | Proposed Date for Completion |
|---|---|
| Parties to Make Best Efforts to Substantially Complete Document Production For Preliminary Injunction Issues | September 1, 2010 |
| Fact depositions begin (the parties agree in good faith to work to make documents available for particular witnesses such that depositions can begin on July 26) | September 13, 2010 |
| Exchange List of Claim Terms Proposed For Construction | September 30, 2010 |
| Last day to join additional parties | September 30, 2010 |
| Meet and Confer re Claim Construction Issues | November 1, 2010 |
| Exchange Claim Construction Chart Identifying Agreed Upon Terms, Terms Requiring Construction and Evidentiary Bases for Constructions | November 15, 2010 |
| Last day to amend pleadings | December 3, 2010 |
| Opening briefs on claim terms and positions, simultaneous filings | December 6, 2010 |
| Opposition briefs on claim terms and positions, simultaneous filings | December 20, 2010 |
| Substantial completion of document production, responses to discovery requests up-to-date [except for updated discovery regarding Currently Intended Process to be provided by MANA under Consent Judgment and Order] | January 14, 2011 |
| Close of Fact Discovery | March 14, 2011 |
| First Round of Expert Reports (BOP) * | March 25, 2011 |
| Responsive Expert Reports | April 15, 2011 |

Case 1:10-cv-00276-WO -WWD   Document 45-1   Filed 10/22/10   Page 1 of 2

Case 1:10-cv-00274-WO -WWD   Document 91-1   Filed 02/28/11   Page 8 of 11

| Event | Proposed Response Deadline |
|---|---|
| Close of Expert Discovery | May 13, 2011 |
| Last date to file Dispositive Motions | May 20, 2011 |
| Responses to Dispositive Motions | June 3, 2011 |
| Final Pre-Trial Conference | At Court's Convenience |
| Commencement of Trial | July 5, 2011 |
| * Plaintiffs' reports to also address any secondary considerations of nonobviousness, if alleged | |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S., | Case No. 1:10-cv-276-WO-WWD |
|---|---|
| Plaintiffs, | |
| v. | |
| MAKHTESHIM AGAN OF NORTH AMERICA, INC., and CONTROL SOLUTIONS, INC., | |
| Defendants. | |

## [PROPOSED] ORDER

THIS MATTER came before the Court upon the Parties' joint motion pursuant to Rule 16 to amend the schedule in this matter. Being fully apprised in the premises, the Court finds that good cause supports the motion and it is **HEREBY GRANTED**. Unless otherwise ordered, the case schedule will proceed as follows:

| Event | Proposed Deadline |
|---|---|
| Parties to Make Best Efforts to Substantially Complete Document Production For Preliminary Injunction Issues | September 1, 2010 |
| Fact depositions begin (the parties agree in good faith to work to make documents available for particular witnesses such that depositions can begin on July 26) | September 13, 2010 |
| Exchange List of Claim Terms Proposed For Construction | September 30, 2010 |
| Last day to join additional parties | September 30, 2010 |
| Meet and Confer re Claim Construction Issues | November 1, 2010 |

| Event | Date |
|---|---|
| Exchange Claim Construction Chart Identifying Agreed Upon Terms, Terms Requiring Construction and Evidentiary Bases for Constructions | November 15, 2010 |
| Last day to amend pleadings | December 3, 2010 |
| Opening briefs on claim terms and positions, simultaneous filings | December 6, 2010 |
| Opposition briefs on claim terms and positions, simultaneous filings | December 20, 2010 |
| Substantial completion of document production, responses to discovery requests up-to-date [except for updated discovery regarding Currently Intended Process to be provided by MANA under Consent Judgment and Order] | January 14, 2011 |
| Close of Fact Discovery | March 14, 2011 |
| First Round of Expert Reports (BOP) * | March 25, 2011 |
| Responsive Expert Reports | April 15, 2011 |
| Close of Expert Discovery | May 13, 2011 |
| Last date to file Dispositive Motions | May 20, 2011 |
| Responses to Dispositive Motions | June 3, 2011 |
| Final Pre-Trial Conference | At Court's Convenience |
| Commencement of Trial | July 5, 2011 |
| * Plaintiffs' reports to also address any secondary considerations of nonobviousness, if alleged | |

**SO ORDERED** this the ____ day of _____, 2010.

_____