# EXHIBIT B



**BASF v Cheminova: Motion to Schedule Markman Hearing**

**Robert.Burns** to: Craig A Benson, Kripa Raman, Jayson L Cohen, John.Cox, Deepro.Mukerjee, Matthew.Howell, Jpelsevier, Judy.Jarecki   01/04/2011 03:05 PM

Cc: Christopher.Kelly, Steven.DAlessandro, joshua.krumholz, John.Moran

| | |
|---|---|
| From: | Robert.Burns@hklaw.com |
| To: | Craig A Benson/PaulWeiss@PaulWeiss, Kripa Raman/PaulWeiss@PaulWeiss, Jayson L Cohen/PaulWeiss@PAULWEISS, John.Cox@alston.com, Deepro.Mukerjee@alston.com, Matthew.Howell@alston.com, Jpelsevier@jonesday.com, Judy.Jarecki@Merial.com |
| Cc: | Christopher.Kelly@hklaw.com, Steven.DAlessandro@hklaw.com, joshua.krumholz@hklaw.com, John.Moran@hklaw.com |
| History: | This message has been replied to and forwarded. |

Counsel:

Happy New Year to all.

Attached is a draft motion to schedule a Markman hearing, and to coordinate the Markmans in the Cheminova and MANA cases. In early November, while negotiating the Markman briefing schedule, plaintiffs agreed not to oppose defendants' motion to coordinate the Markman hearings in the two cases. Accordingly, we've styled this as an unopposed motion, with optional language included if plaintiffs opt to join in the motion; please let us know which way it should read.

We intend to file this in the next day or so, in order to get this scheduling issue on Judge Osteen's radar in advance of the filing of reply briefs on Monday. Please let us know of any issues or concerns.

Thanks,
Bob Burns

**Robert J. Burns | Holland & Knight**
31 West 52nd Street | New York, NY 10019
Phone 212.513.3490 | Fax 212.385.9010
robert.burns@hklaw.com | www.hklaw.com

Add to address book | View professional biography

To ensure compliance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to



protect confidentiality. Mnt to Schedule Markman Hearing.docx

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.<br><br>Defendant. | Civ. Action No. 10-CV-274 (WO)(WWD)<br><br>**MOTION FOR SCHEDULING OF CLAIM CONSTRUCTION HEARING** |

Defendant Cheminova, Inc. (hereinafter "Cheminova") hereby moves the Court for entry of an Order scheduling a claim construction hearing in this case for as soon after January 10, 2011, as is practicable, as set forth below. [Counsel for Plaintiffs have informed counsel for Cheminova that they do not oppose this Motion.] [Counsel for Plaintiffs have informed counsel for Cheminova that they assent to and join in this Motion.] In support of this Motion, Cheminova states as follows:

1. This lawsuit involves four patents: U.S. Patent Nos. 6,620,943 (the "'943 Patent") and 6,881,848 (the "'848 Patent") (collectively, the "Manufacturing Patents"), which cover a particular method for manufacturing the molecule known as fipronil; and U.S. Patent Nos. 6,414,010 (the "'010 Patent") and 6,835,743 (the "'743 Patent") (collectively, the "Application Patents"), which cover a particular method for applying fipronil-based products as an insecticide to protect buildings.

2. On December 13, 2010, the parties served and filed their opening claim construction briefs regarding the Manufacturing and Application Patents at issue (Docket Nos. 66-73). The parties' reply briefs on claim construction issues are due to be served and filed on or before January 10, 2011. After that date, all claim construction issues in this case will be fully-briefed and ready for argument.

3. Also pending before this Court is a separate lawsuit commenced by two of the three plaintiffs present in the instant case, BASF Agro B.V., Arnhem (NL), Wadenswil Branch and Bayer S.A.S., against defendants Makhteshim Agan of North America, Inc. and Control Solutions, Inc., Civil Action No. 10-CV-276 (WO)(WWD) (the "*Makhteshim* Case"). While the manufacturing patents at issue in the instant case and in the *Makhteshim* Case differ, the Application Patents at issue in the instant case and in the *Makhteshim* Case are the same.

4. On information and belief, the claim construction briefing schedules in the *Makhteshim* Case and in the instant case are identical: as in the instant case, all claim construction issues in the *Makhteshim* Case on the overlapping Application Patents will be fully-briefed and ready for argument as of January 10, 2011.

5. Both the *Makhteshim* Case and the instant case have been set for trial during this Court's trial term commencing on July 5, 2011.

6. [Cheminova] [The Parties] submit that coordinated hearing and construction of the identical Application Patents at issue in this case and in the *Makhteshim* case would avoid any possibility of inconsistent constructions of the

2

Application Patents in these two cases, and would maximize efficiency for the Court and the Parties to each case.

7. Accordingly, [Cheminova] [The Parties] respectfully ask this Court to set a coordinated claim construction hearing in the instant case, and in the *Makhteshim* Case, for a date as soon as possible after January 10, 2011, such as will allow time for a decision on the pending claim construction motions in these cases prior to the filing of dispositive motions and sufficiently in advance of final preparations for the July 5, 2011 trials.

8. Counsel for Cheminova has consulted with counsel for Plaintiffs in the instant case, who indicate that they [do not oppose] [assent to and join in] this Motion. Counsel for Cheminova has also consulted with counsel for the defendants in the *Makhteshim* Case, who indicate that they assent to this Motion.

9. Counsel for Cheminova are informed that a similar motion will be filed by the defendants in the *Makhteshim* Case.

WHEREFORE, Defendant Cheminova Inc. moves this Court to set a coordinated claim construction hearing in the instant case, and in the *Makhteshim* Case, for a date as soon as possible after January 10, 2011.

3

Respectfully submitted this ___th day of January, 2011.

                                              Respectfully submitted,

By: /s/Alan M. Ruley
William K. Davis
Alan M. Ruley
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC 27101
wdavis@belldavispitt.com
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. (336) 722-8153

/s/ Robert J. Burns
Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010

Joshua C. Krumholz
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
joshua.krumkolz@hklaw.com
Phone No. (617) 523-2700
Fax No. (617) 523-6850

*Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc.*

4

# CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ Robert J. Burns

5