# EXHIBIT C



**RE: BASF v Cheminova: Motion to Schedule Markman Hearing**
**Kripa Raman** to: Robert.Burns                                          01/10/2011 07:17 PM

Cc: aruley, Christopher.Kelly, Craig A Benson, Deepro.Mukerjee, Jayson L Cohen, John.Cox, John.Moran, joshua.krumholz, Jpelsevier, Judy.Jarecki, Matthew.Howell, Steven.DAlessandro, rkoch, pmillen

Bcc: GRP-BASF6, 017544-00006 Casenotes

| | |
|---|---|
| From: | Kripa Raman/PaulWeiss |
| To: | Robert.Burns@hklaw.com |
| Cc: | aruley@belldavispitt.com, Christopher.Kelly@hklaw.com, Craig A Benson/PaulWeiss@PaulWeiss, Deepro.Mukerjee@alston.com, Jayson L Cohen/PaulWeiss@PaulWeiss, John.Cox@alston.com, John.Moran@hklaw.com, joshua.krumholz@hklaw.com, Jpelsevier@jonesday.com, Judy.Jarecki@Merial.com, Matthew.Howell@alston.com, Steven.DAlessandro@hklaw.com, rkoch@milbank.com, pmillen@wcsr.com |
| Bcc: | GRP-BASF6, 017544-00006 Casenotes@PaulWeiss |
| History: | Added To DeskSite |

Bob -

While we would be inclined, in principle, to not oppose a motion to consolidate the scheduling of a claim construction hearing with both Cheminova and MANA, we have concerns about the motion as you have drafted it. As drafted, this motion does not acknowledge nor address the issues raised by Cheminova's submission of expert declarations in support its claim construction briefs (and presumably by Cheminova's intent to rely on or refer to such declarations and/or offer expert testimony, at a claim construction hearing).

For instance, we cannot agree to the statement in paragraph 2 of your draft motion that "After [January 10, 2011], all claim construction issues in this case will be fully briefed and ready for argument," since (as I told you when we last discussed deposition scheduling) we believe that such issues cannot be ready for argument until Cheminova's expert declarants have been deposed.

This motion needs to clearly notify the Court that before any claim construction hearing can be conducted, we need adequate time to schedule, prepare for and conduct such expert depositions.

For similar reasons we have issues with paragraph 4 of your draft motion, which indicates that both this case and the MANA case are identically situated with respect to being ready for argument, since these expert issues are currently unique to Cheminova, and with paragraph 7 and the prayer for relief which request a hearing on a date "as soon as possible after January 10, 2011".

We are willing to consider any proposed changes to the current draft that addresses these concerns.

Regards,
Kripa

**Kripa Raman** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)
kraman@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | Robert.Burns@hklaw.com |
| To: | Kripa Raman/PaulWeiss@PaulWeiss |
| Cc: | Christopher.Kelly@hklaw.com, Craig A Benson/PaulWeiss@PaulWeiss, Deepro.Mukerjee@alston.com, Jayson L Cohen/PaulWeiss@PAULWEISS, John.Cox@alston.com, John.Moran@hklaw.com, joshua.krumholz@hklaw.com, Jpelsevier@jonesday.com, Judy.Jarecki@Merial.com, Matthew.Howell@alston.com, Steven.DAlessandro@hklaw.com, aruley@belldavispitt.com |
| Date: | 01/10/2011 11:21 AM |
| Subject: | RE: BASF v Cheminova: Motion to Schedule Markman Hearing |

Kripa: Could we please have plaintiffs' response to the below?

Thanks,
Bob

> **From:** Kripa Raman [mailto:KRaman@paulweiss.com]
> **Sent:** Tuesday, January 04, 2011 6:20 PM
> **To:** Burns, Robert J (NYC - X73490)
> **Cc:** Kelly, Christopher (NYC - X73264); Craig A Benson; Deepro.Mukerjee@alston.com; Jayson L Cohen; John.Cox@alston.com; Moran, John P (WAS - X71848); Krumholz, Joshua (BOS - X75820); Jpelsevier@jonesday.com; Judy.Jarecki@Merial.com; Matthew.Howell@alston.com; D'Alessandro, Steven L (NYC - X73528)
> **Subject:** Re: BASF v Cheminova: Motion to Schedule Markman Hearing
>
>
> Bob -
>
> We will look at the proposed draft and let you know whether we oppose, do not oppose, or join, or alternatively, whether our position will be dependent on changes to the proposed language. We have a number of people out of the office today and tomorrow, but will try to get back to you promptly.
>
> Regards
> Kripa
>
> **Kripa Raman | Counsel**
> **Paul, Weiss, Rifkind, Wharton & Garrison LLP**
> 1285 Avenue of the Americas | New York, NY 10019-6064
>
> (212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)
>
> kraman@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | Robert.Burns@hklaw.com |
| To: | Craig A Benson/PaulWeiss@PaulWeiss, Kripa Raman/PaulWeiss@PaulWeiss, Jayson L |

| To | Cohen/PaulWeiss@PAULWEISS, John Cox@alston com, Deepro Mukerjee@alston com, Matthew Howell@alston com, Jpelsevier@jonesday com, Judy Jarecki@Merial com |
|---|---|
| Cc | Christopher Kelly@hklaw com, Steven DAlessandro@hklaw com, joshua krumholz@hklaw com, John Moran@hklaw com |
| Date | 01/04/2011 03 05 PM |
| Subject | BASF v Cheminova Motion to Schedule Markman Hearing |

Counsel:

Happy New Year to all.

Attached is a draft motion to schedule a Markman hearing, and to coordinate the Markmans in the Cheminova and MANA cases. In early November, while negotiating the Markman briefing schedule, plaintiffs agreed not to oppose defendants' motion to coordinate the Markman hearings in the two cases. Accordingly, we've styled this as an unopposed motion, with optional language included if plaintiffs opt to join in the motion; please let us know which way it should read.

We intend to file this in the next day or so, in order to get this scheduling issue on Judge Osteen's radar in advance of the filing of reply briefs on Monday. Please let us know of any issues or concerns.

Thanks,
Bob Burns

**Robert J. Burns | Holland & Knight**
31 West 52nd Street | New York, NY 10019
Phone 212.513.3490 | Fax 212.385.9010
robert.burns@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**To ensure compliance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not**

intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential.  If you are not the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited.  If you have received this communication
in error, please erase all copies of the message and its attachments and

notify us immediately.