# EXHIBIT D



**RE: BASF v Cheminova**
**Robert.Burns** to: Kripa Raman  01/31/2011 04:34 PM
Cc: John.Cox, pmillen, rkoch, Christopher.Kelly, Steven.DAlessandro, joshua.krumholz, John.Moran

| | |
|---|---|
| From: | Robert.Burns@hklaw.com |
| To: | Kripa Raman/PaulWeiss@PaulWeiss |
| Cc: | John.Cox@alston.com, pmillen@wcsr.com, rkoch@milbank.com, Christopher.Kelly@hklaw.com, Steven.DAlessandro@hklaw.com, joshua.krumholz@hklaw.com, John.Moran@hklaw.com |
| History: | This message has been replied to and forwarded. |

Kripa:

We're considering this proposed schedule, and will provide you with our thoughts tomorrow morning. One issue we do need to revisit is the scheduling of the Markman hearing and the scheduling of Markman-limited expert depositions in advance thereof. If plaintiffs are taking the positions that they will allow no expert depositions until the full-scale expert depositions provided in the proposed schedule, and that no Markman hearing should be scheduled in advance of these depositions, this will be a problem for us. Are you available for a call tomorrow morning to discuss?

We're still awaiting availabilities for the rescheduled Rasmussen deposition. We'll have dates to you in the next 48 hours.

Finally, our notes reference a Bayer deposition tentatively scheduled for this Friday. Is that proceeding? If so, could you please provide us with details as to where, when, and whom?

Thanks,
Bob

> **From:** Kripa Raman [mailto:KRaman@paulweiss.com]
> **Sent:** Monday, January 31, 2011 12:54 PM
> **To:** Burns, Robert J (NYC - X73490)
> **Cc:** John.Cox@alston.com; pmillen@wcsr.com; rkoch@milbank.com
> **Subject:** Fw: BASF v Cheminova
>
> Bob -
>
> Further to my voicemails of Friday and today, please confirm that you have no objection to the attached schedule, which captures the parties' prior agreement to amend the case schedule to postpone expert reports and other fact and expert discovery deadlines so as to conform to the schedule in the MANA case. This prior agreement to amend the case schedule has been the operating assumption under which we have agreed to the current deposition schedule.
>
> Also, let us know where we stand on the Rasmussen deposition. At your request, we had agreed to defer seeking the depositions of other Cheminova witnesses such as Wayne Wang until after

we determined whether Mr Rasmussen's deposition would obviate the need for the additional depositions Depending on when we can do Mr Rasmussen deposition, we will likely have to further reconfigure deposition dates and other discovery deadlines in the case

- Kripa

**Kripa Raman | Counsel**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064

(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)

kraman@paulweiss com | www paulweiss com


----- Forwarded by Kripa Raman/PaulWeiss on 01/31/2011 12 52 PM -----

| From | Kripa Raman/PaulWeiss |
|---|---|
| To | Robert Burns@hklaw com |
| Cc | Christopher Kelly@hklaw com, Jayson L Cohen/PaulWeiss@PaulWeiss John Cox@alston com, pmillen@wcsr com, rkoch@milbank com, Steven DAlessandro@hklaw com |
| Date | 01/28/2011 04 20 PM |
| Subject | Re BASF v Cheminova |

Bob -

Following up on my voicemail to you, please let me know where we stand with respect to the below proposed amended schedule

Also, when is Mr Rasmussen available for his deposition?

- Kripa

**Kripa Raman | Counsel**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York NY 10019-6064

(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)

kraman@paulweiss com | www paulweiss com

| From | Kripa Raman/PaulWeiss |
|---|---|
| To | Robert Burns@hklaw com |
| Cc | Christopher Kelly@hklaw com, Jayson L Cohen/PaulWeiss@PaulWeiss, John Cox@alston com, rkoch@milbank com, Steven DAlessandro@hklaw com, pmillen@wcsr com |
| Date | 01/26/2011 04 40 PM |
| Subject | Re BASF v Cheminova |

Bob -

Pursuant to our prior discussions regarding deposition and scheduling issues, I attach a draft of a motion for an amended scheduling order which conforms the schedule to match the one in the MANA case. Let me know if this works. If not, please let me know when you are available to discuss - it seems we need to get something on file with the Court to make clear that the parties are not serving expert reports next week per the existing schedule

- Kripa

**Kripa Raman | Counsel**
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)
kraman@paulweiss com | www paulweiss com

This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential.  If you are not the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited.  If you have received this communication
in error, please erase all copies of the message and its attachments and

notify us immediately.

To ensure compliance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.