# EXHIBIT E



**Ole Rasmussen deposition**
Robert.Burns to: KRaman  02/02/2011 02:15 PM
Cc: John.Cox, Jpelsevier, Christopher.Kelly, Steven.DAlessandro, rkoch

| | |
|---|---|
| From: | Robert.Burns@hklaw.com |
| To: | KRaman@paulweiss.com |
| Cc: | John.Cox@alston.com, Jpelsevier@jonesday.com, Christopher.Kelly@hklaw.com, Steven.DAlessandro@hklaw.com, rkoch@milbank.com |
| History: | This message has been replied to and forwarded. |

Kripa:

Mr. Rasmussen can be available for deposition in New York on February 28 or March 1. He's tied up during the first few weeks of February, and again in early March. Will either of these dates work for plaintiffs?

Thanks,
Bob Burns

**Robert J. Burns | Holland & Knight**
31 West 52nd Street | New York, NY 10019
Phone 212.513.3490 | Fax 212.385.9010
robert.burns@hklaw.com | www.hklaw.com

Add to address book | View professional biography

To ensure compliance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.