IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) | No. 10-cv-274-WO-WWD |
| CHEMINOVA, INC., | ) ) | |
| Defendant | ) | |

**ORDER TO FILE DOCUMENTS UNDER SEAL**

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to File Documents Under Seal with respect to (i) Plaintiffs' Answering Claim Construction Brief; (ii) Plaintiffs' Supplemental Appendix Exhibits 46, 48, 70-71, and 74-79; (iii) the Declaration of Jeffrey Winkler, PhD. in Response to Defendant Cheminova, Inc.'s Opening Claim Construction Brief; and (iv) the Declaration of Professor Michael Potter in Response to Defendant Cheminova, Inc.'s Opening Claim Construction Brief. It appearing to the Court that good cause exists for Plaintiffs to file its documents under seal.

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Documents Under Seal is GRANTED.

This the 30th day of March, 2011.

_____
United States Magistrate Judge