**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| BASF AGRO B.V., ARNHEM (NL), | ) | |
| WÄDENSWIL BRANCH, BAYER S.A.S., | ) | |
| and MERIAL LIMITED, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | No. 10-cv-274-WO-WWD |
| CHEMINOVA, INC., | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

Defendant Cheminova, Inc. filed a Motion to File Documents Under Seal with respect to Cheminova, Inc.'s Reply Claim Construction Brief and Exhibit 1 to the Supplemental Declaration of Joshua C. Krumholz filed therewith. It appearing to the court that good cause exists for Defendant to file its documents under seal.

IT IS HEREBY ORDERED that Defendant's Motion to File Documents Under Seal is GRANTED.

This the 30th day of March, 2011.

_____
United States Magistrate Judge