# EXHIBIT A

 **Fw: BASF v. Cheminova**
**Kripa Raman**  to: GRP-BASF6                                               04/06/11 11:49 AM
Cc: 017544-00006 Casenotes

**Kripa Raman** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)
kraman@paulweiss.com | www.paulweiss.com

----- Forwarded by Kripa Raman/PaulWeiss on 04/06/2011 11:49 AM -----

| | |
|---|---|
| From: | Robert.Burns@hklaw.com |
| To: | Kripa Raman/PaulWeiss@PaulWeiss |
| Cc: | Catherine Nyarady/PaulWeiss@PaulWeiss, Christopher.Kelly@hklaw.com, john.cox@alston.com, joshua.krumholz@hklaw.com, jpelsevier@jonesday.com, Steven.DAlessandro@hklaw.com |
| Date: | 04/06/2011 11:48 AM |
| Subject: | BASF v. Cheminova |

Counsel:

Further to our call yesterday afternoon, Cheminova will make its experts available for deposition in our New York office, as follows:

Forschler:   May 2
Mampe:      May 4
Lipton:       May 9

Please provide us with deposition dates for plaintiffs' experts as soon as possible.

Thanks,
Bob Burns

**Robert J. Burns** | **Holland & Knight**
31 West 52nd Street | New York, NY 10019
Phone 212.513.3490 | Fax 212.385.9010
robert.burns@hklaw.com | www.hklaw.com

Add to address book | View professional biography

To ensure compliance with Treasury Regulations (31 CFR Part 10, Sec. 10.35), we inform you that any tax advice contained in this correspondence was not intended or written by us to be used, and cannot be used by you or anyone else, for the purpose of avoiding penalties imposed by the Internal Revenue Code.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.