# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED, <br><br> Plaintiffs, <br> v. <br><br> CHEMINOVA, INC., <br><br> Defendant. | Civil Action No. 10-cv-274-WO-WWD |
|---|---|

## [PROPOSED] ORDER SETTING
## BRIEFING SCHEDULE FOR DISPOSITIVE MOTIONS

Upon consideration of Plaintiffs BASF Agro B.V., Arnhem (NL), Wädenswil Branch, Bayer S.A.S., and Merial Limited (collectively, "Plaintiffs") Objection to and Motion to Postpone Briefing On Defendant's Motion For Summary Judgment, and pursuant to Federal Rule 16(b), the Court sets the following schedule for dispositive motions in this case:

| Event | Deadline |
|---|---|
| Dispositive motions on patent liability issues | May 20, 2011 |
| Oppositions to dispositive motions on patent liability issues | June 3, 2011 |
| Reply briefs in support of dispositive motions on patent liability issues | June 17, 2011 |

SO ORDERED this _____ day of _____, 2011

_____
Honorable William L. Osteen, Jr.