# EXHIBIT B

| From: | Kripa Raman [KRaman@paulweiss.com] |
|---|---|
| Sent: | Monday, January 31, 2011 12:54 PM |
| To: | Robert.Burns@hklaw.com |
| Cc: | Cox, John; pmillen@wcsr.com; rkoch@milbank.com |
| Subject: | Fw: BASF v Cheminova |
| Attachments: | DRAFT Motion to Amend Scheduling Order.doc |

Bob -

Further to my voicemails of Friday and today, please confirm that you have no objection to the attached schedule, which captures the parties' prior agreement to amend the case schedule to postpone expert reports and other fact and expert discovery deadlines so as to conform to the schedule in the MANA case. This prior agreement to amend the case schedule has been the operating assumption under which we have agreed to the current deposition schedule.

Also, let us know where we stand on the Rasmussen deposition. At your request, we had agreed to defer seeking the depositions of other Cheminova witnesses such as Wayne Wang until after we determined whether Mr. Rasmussen's deposition would obviate the need for the additional depositions. Depending on when we can do Mr. Rasmussen deposition, we will likely have to further reconfigure deposition dates and other discovery deadlines in the case.

- Kripa

**Kripa Raman** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)
kraman@paulweiss.com | www.paulweiss.com


----- Forwarded by Kripa Raman/PaulWeiss on 01/31/2011 12:52 PM -----

| From: | Kripa Raman/PaulWeiss |
|---|---|
| To: | Robert.Burns@hklaw.com |
| Cc: | Christopher.Kelly@hklaw.com, Jayson L Cohen/PaulWeiss@PaulWeiss, John.Cox@alston.com, pmillen@wcsr.com, rkoch@milbank.com, Steven.DAlessandro@hklaw.com |
| Date: | 01/28/2011 04:20 PM |
| Subject: | Re: BASF v Cheminova |

Bob -

Following up on my voicemail to you, please let me know where we stand with respect to the below proposed amended schedule.

Also, when is Mr. Rasmussen available for his deposition?

- Kripa

**Kripa Raman** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064

1

(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)
kraman@paulweiss.com | www.paulweiss.com

| | |
|---|---|
| From: | Kripa Raman/PaulWeiss |
| To: | Robert.Burns@hklaw.com |
| Cc: | Christopher.Kelly@hklaw.com, Jayson L Cohen/PaulWeiss@PaulWeiss, John.Cox@alston.com, rkoch@milbank.com, Steven.DAlessandro@hklaw.com, pmillen@wcsr.com |
| Date: | 01/26/2011 04:40 PM |
| Subject: | Re: BASF v Cheminova |

Bob -

Pursuant to our prior discussions regarding deposition and scheduling issues, I attach a draft of a motion for an amended scheduling order which conforms the schedule to match the one in the MANA case. Let me know if this works. If not, please let me know when you are available to discuss - it seems we need to get something on file with the Court to make clear that the parties are not serving expert reports next week per the existing schedule.

- Kripa

**Kripa Raman** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3295 (Direct Phone) | (212) 492-0295 (Direct Fax)
kraman@paulweiss.com | www.paulweiss.com

```
This message is intended only for the use of the Addressee and may
contain information that is privileged and confidential.  If you are not the
intended recipient, you are hereby notified that any dissemination of this
communication is strictly prohibited.  If you have received this communication
in error, please erase all copies of the message and its attachments and
notify us immediately.
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civil Action No. 10-cv-274 |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, plaintiffs BASF Agro B.V., Arnhem (NL), Wädenswil Branch ("BASF"), Bayer S.A.S. ("Bayer") and Merial Limited ("Merial") (collectively, "Plaintiffs") and defendant Cheminova, Inc. (together with Plaintiffs, the "Parties") hereby move this Court for a revised scheduling and case management order.

As grounds for this motion, the Parties state that additional time is necessary to complete discovery in this case. The Parties have included a proposed amended schedule, contemplating a July 5 trial date, as Exhibit A hereto.

WHERETOFORE, for the foregoing reasons, the Parties respectfully request that the Court enter the enclosed Amended Scheduling Order.

Respectfully submitted:

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

DATED: January __, 2011      _____
                             Pressly M. Millen (NCSB No. 16178)
                             WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                             150 Fayetteville Street, Suite 2100

Raleigh, NC 27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs
BASF Agro B.V., Arnhem (NL), Wädenswil Branch
and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
began@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Counsel for BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com

phone: (202) 835-7500
fax: (202) 835-7586

*Counsel for Bayer S.A.S.*

**ALSTON & BIRD, LLP**

_____
Jitendra Malik, Ph.D. **(**NCSB No. 32809)
ALSTON & BIRD, LLP
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Tel.: (704) 444-1115
Fax.: (704) 444-1695
jitty.malik@alston.com
*Attorney for Plaintiff*
*Merial Limited*

Of Counsel:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350
judy.jarecki@merial.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
frank.smith@alston.com
john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9501
Fax: (212) 922-3881
deepro.mukerjee@alston.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real, Suite 200

San Diego, CA 92130
Tel.: (858) 314-1200
Fax: (858) 314-1150
jpelsevier@jonesday.com

*Counsel for Merial Limited*

                                   **BELL, DAVIS & PITT, P.A.**

                                   _____
                                   William K. Davis (NCSB No. 1117)
                                   Alan M. Ruley (NCSB No. 16407)
                                   BELL, DAVIS & PITT, P.A.
                                   100 N. Cherry Street, Suite 600
                                   Winston-Salem, NC 27101
                                   wdavis@belldavispitt.com
                                   aruley@belldavispitt.com
                                   Phone No. (336) 722-3700
                                   Fax No. (336) 722-8153
                                   *Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc*

Of Counsel for Defendant:

Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010


Joshua C. Krumholz
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
joshua.krumholz@hklaw.com
Phone No. (617) 523-2700
Fax No. (617) 523-6850

# EXHIBIT A

*BASF et al. v. Cheminova Inc.* (M.D.N.C. Civ. 10-274)
**Proposed Case Management Schedule**

| EVENT | DEADLINE |
|---|---|
| Fact depositions on patent liability issues begin (parties agree in good faith to work to make documents available related to particular witnesses before July 15 to facilitate depositions of such witnesses beginning on or about July 15)[1] | October 18, 2010 |
| Parties to exchange claim terms and positions | November 1, 2010 for exchange of claim terms<br><br>November 15, 2010 to exchange positions regarding claim terms |
| Meet and confer regarding claim terms and positions | November 22, 2010 |
| Substantial completion of fact discovery on patent liability issues | December 20, 2010 |
| Opening briefs on claim terms and positions, simultaneous filings | December 13, 2010 |
| Opposition briefs on claim terms and positions, simultaneous filings | January 12, 2011 |
| Local Rule 83.9 mediation process complete | On or before March 31, 2011 |
| Burden expert reports on patent liability issues, simultaneous exchange | March 25, 2011 |
| Responsive expert reports, simultaneous exchange | April 15, 2011 |
| Close of fact and expert discovery on patent liability issues | May 13, 2011 |
| *Markman* hearing | On or before claim construction proceedings in *BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.* v. *Makhteshim Agan Of North America, Inc., and Control Solutions,* |

---

[1] All fact and expert discovery on issues relating solely to damages, reasonable royalty, or the appropriateness of injunctive relief will be deferred until after a trial in this case on issues of patent infringement, validity and/or enforceability.

|  | *Inc.*, C.A. No. 10-276 (M.D.N.C.) |
|---|---|
| Dispositive motions on patent liability issues | On or before May 20, 2011; responses and replies per Local Rules briefing schedule |
| Commencement of trial on patent liability issues | July 5, 2011 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S., and MERIAL LIMITED<br><br>                              Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>                              Defendant. | Civil Action No. 10-cv-274 |

## [PROPOSED] ORDER

THIS MATTER came before the Court upon the Parties' joint motion pursuant to Rule 16 to amend the schedule in this matter. Being fully apprised in the premises, the Court finds that good cause supports the motion and it is **HEREBY GRANTED**. Unless otherwise ordered, the case schedule will proceed as follows:

| EVENT | DEADLINE |
|---|---|
| Fact depositions on patent liability issues begin (parties agree in good faith to work to make documents available related to particular witnesses before July 15 to facilitate depositions of such witnesses beginning on or about July 15)[2] | October 18, 2010 |
| Parties to exchange claim terms and positions | November 1, 2010 for exchange of claim terms<br><br>November 15, 2010 to exchange positions regarding claim terms |
| Meet and confer regarding claim terms and positions | November 22, 2010 |
| Substantial completion of fact discovery on patent liability issues | December 20, 2010 |

---

[2] All fact and expert discovery on issues relating solely to damages, reasonable royalty, or the appropriateness of injunctive relief will be deferred until after a trial in this case on issues of patent infringement, validity and/or enforceability.

| Opening briefs on claim terms and positions, simultaneous filings | December 13, 2010 |
| --- | --- |
| Opposition briefs on claim terms and positions, simultaneous filings | January 12, 2011 |
| Local Rule 83.9 mediation process complete | On or before March 31, 2011 |
| Burden expert reports on patent liability issues, simultaneous exchange | March 25, 2011 |
| Responsive expert reports, simultaneous exchange | April 15, 2011 |
| Close of fact and expert discovery on patent liability issues | May 13, 2011 |
| *Markman* hearing | On or before claim construction proceedings in *BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.* v. *Makhteshim Agan Of North America, Inc., and Control Solutions, Inc.*, C.A. No. 10-276 (M.D.N.C.) |
| Dispositive motions on patent liability issues | On or before May 20, 2011; responses and replies per Local Rules briefing schedule |
| Commencement of trial on patent liability issues | July 5, 2011 |

**SO ORDERED this the \_\_\_\_ day of _____, 2011.**

_____