EXHIBIT A

# Burns, Robert J (NYC - X73490)

| | |
|---|---|
| **From:** | Burns, Robert J (NYC - X73490) |
| **Sent:** | Wednesday, April 06, 2011 11:49 AM |
| **To:** | 'Kripa Raman' |
| **Cc:** | Catherine Nyarady; Kelly, Christopher (NYC - X73264); john.cox@alston.com; Krumholz, Joshua (BOS - X75820); jpelsevier@jonesday.com; D'Alessandro, Steven L (NYC - X73528) |
| **Subject:** | BASF v. Cheminova |

Counsel:

Further to our call yesterday afternoon, Cheminova will make its experts available for deposition in our New York office, as follows:

Forschler:     May 2
Mampe:        May 4
Lipton:           May 9

Please provide us with deposition dates for plaintiffs' experts as soon as possible.

Thanks,
Bob Burns

**Robert J. Burns** | **Holland & Knight**
31 West 52nd Street | New York, NY 10019
Phone 212.513.3490 | Fax 212.385.9010
robert.burns@hklaw.com | www.hklaw.com

Add to address book | View professional biography