# EXHIBIT B

*BASF et al. v. Cheminova Inc.* **(M.D.N.C. Civ. 10-274)**
**Proposed Case Management Schedule**

| EVENT | DEADLINE |
|---|---|
| Responsive expert reports on patent liability issues, simultaneous exchange | April 27, 2011 |
| Close of expert depositions on patent liability issues | May 11, 2011 |
| Opposition brief(s) on Cheminova's summary judgment motion | May 19, 2011 |
| Reply brief on Cheminova's summary judgment motion | May 27, 2011 |
| Commencement of trial on patent liability issues | July 5, 2011 |