IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | C.A. No. 10-cv-274 |

**REPLY BRIEF IN SUPPORT OF PLAINTIFFS' OBJECTION TO CONSOLIDATION OF *MARKMAN* HEARINGS IN THE CHEMINOVA AND MAKHTESHIM CASES**

Plaintiffs respectfully submit this Reply Brief in support of Plaintiffs' Objection to Consolidation of *Markman* Hearings in the Cheminova and Makhteshim Cases. (Pls.' Br. [D.I. 109]).[1]

Plaintiffs raised two primary objections concerning the potential consolidation of *Markman* proceedings in this case with the *Markman* hearing in the related case captioned *BASF, et al.* v. *Makhteshim, et al.*, 10-CV-276 (the "Makhteshim case"). First, the Cheminova case involves two process patents – the '848 and '943 patents – not in suit in the Makhteshim case. There is no reason to consolidate *Markman* on these two patents. (Pls.' Br. at 4). Second, Cheminova unilaterally inserted expert declarations into its *Markman* analysis, and necessary expert discovery

---

[1] Plaintiffs did not understand the Court's April 6, 2011 Minute Order to require the parties to meet and confer, as Cheminova asserts. (Chem. Br. [D.I. 112] at 2). Plaintiffs understood they were directed to consider whether consolidation would be practical. In light of Cheminova's comments during the April 6 telephone conference with the Court, Plaintiffs believed consolidation was not practical, and therefore Plaintiffs filed their Objections. [D.I. 109].

cannot be completed prior to the scheduled May 2, 2011 *Markman* hearing in the Makhteshim case. (Pls.' Br. at 2-4).

Contrary to its position at the April 6 teleconference, Cheminova now only seeks consolidation of *Markman* proceedings pertaining to the patents the cases have in common - the '010 and '743 application patents. (Chem. Br. [D.I. 112] at 6 n.7). Cheminova no longer requests that the Court hear *Markman* argument pertaining to the '848 and '943 process patents at the May 2, 2011 hearing. (*Id.*). This issue is therefore moot.

Thus, the remaining issue is whether consolidation of the Cheminova and Makhteshim *Markman* hearings pertaining to the '010 and '743 application patents is appropriate. To this end, without waiver of their objections, Plaintiffs would agree to a consolidated *Markman* hearing on May 2, 2011 on the '010 and '743 application patents, if all of the disputed terms in both cases are construed. Plaintiffs' consent is based on Cheminova's agreement to 1) "waive any further request for expert discovery or supplementing the record" for the consolidated hearing and 2) proceed at the *Markman* hearing based on attorney argument only, without any live witnesses. (Chem. Br. [D.I. 112] at 7-8, 8 n.9).

Plaintiffs disagree with Cheminova's attempt to pick and choose which *Markman* terms are to be addressed at the May 2 hearing. (Chem. Br. [D.I. 112] at 8). Plaintiffs believe that the term "no quick knock down effect" should be construed along with all of the other claim terms in dispute. Plaintiffs agree with Cheminova that, whether that phrase is indefinite under 35 U.S.C. § 112 is properly addressed as part of any patent invalidity proceeding, not at *Markman*. (*See* Pls.' Answering Claim Construction Br. [D.I. 78] at p. 12 (citing *ASM America, Inc.* v. *Genus, Inc.*, No. C-01-2190-EDL, 2002 WL 1892200, at *15-16 (N.D. Cal. Aug. 15, 2002) (declining to resolve indefiniteness argument during *Markman* phase)). However, Cheminova's allegation of

2

indefiniteness has no impact on whether construction of this claim term should occur during the May 2 *Markman* hearing.

Proceeding in this manner alleviates Plaintiffs' concerns - as no expert discovery is required prior to the May 2 hearing, and no live witnesses are required for the *Markman* proceedings.

As a result, Plaintiffs respectfully request that all claim terms in dispute in the '010 and '743 application patents be construed in both the Cheminova case and the Makhteshim case at the May 2, 2011 *Markman* hearing, which will be conducted only on the basis of attorney argument and without any live witnesses.

DATED: April 18, 2011.  /s/ Pressly M. Millen
Pressly M. Millen (NCSB No. 16178)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
2001 K Street NW
Washington, DC 20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

3

John E. Nathan
Catherine Nyarady
Kripa Raman
Brian P. Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
began@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Counsel for BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Counsel for Bayer S.A.S.*

**ALSTON & BIRD, LLP**

/s/ Jitendra Malik
Jitendra Malik, Ph.D. **(**NCSB No. 32809)
ALSTON & BIRD, LLP
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Tel.: (704) 444-1115
Fax.: (704) 444-1695
jitty.malik@alston.com
*Attorney for Plaintiff*
*Merial Limited*

Of Counsel:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805

Fax: (678) 638-3350
judy.jarecki@merial.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
frank.smith@alston.com
john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9501
Fax: (212) 922-3881
deepro.mukerjee@alston.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Tel.: (858) 314-1200
Fax: (858) 314-1150
jpelsevier@jonesday.com

*Counsel for Merial Limited*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **Reply Brief in Support of Plaintiffs' Objection to Consolidation of Marksman Hearings in the Cheminvoa and Makhteshim Cases** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:  Daniel Alan M. Ruley, aruley@belldavispitt.com, William K. Davis, wdavis@belldavispitt.com, Christopher G. Kelly, christopher.kelly@hklaw.com, Steven L. D'Alessandro, steven.dalessandro@hklaw.com, Robert J. Burns, robert.burns@hklaw.com, Joshua C. Krumholz, Joshua.krumholz@hklaw.com, Jitendra Malik, jmalik@alston.com, John Patrick Elsevier, jpelsevier@jonesday.com. Matthew W. Howell, matthew.howell@alston. Com, Judy C. Jarecki-Black, jduy.jarecki@merial.com, and Frank G. Smith, frank.smith@alson.com.

DATED:  April 18, 2011         /s/ Pressly M. Millen
                               Pressly M. Millen (NCSB No. 16178)
                               WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                               150 Fayetteville Street, Suite 2100
                               Raleigh, NC  27601
                               Telephone: (919) 755-2100
                               Facsimile: (919) 755-2150
                               Email:  pmillen@wcsr.com

                               *Attorneys for Plaintiffs*
                               *BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email:  kgallo@paulweiss.com
        cbenson@paulweiss.com
        kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
        cnyarady@paulweiss.com
        kraman@paulweiss.com
        began@paulweiss.com
        jlcohen@paulweiss.com


*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*