**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO. 10-CV-274-WO-WWD**

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>          Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>          Defendant. | **NOTICE OF APPEARANCE** |

       Robert T. Numbers, II, of Womble Carlyle Sandridge & Rice, PLLC, P.O. Box 831, Raleigh, North Carolina 27602, hereby gives notice of his appearance as counsel for Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S. in the above-captioned case.

       This the 28th day of April, 2011.

/s/ Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert T. Numbers, II (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: pmillen@wcsr.com
Email: rnumbers@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil*
*Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email:  kgallo@paulweiss.com
        cbenson@paulweiss.com
        kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
        cnyarady@paulweiss.com
        kraman@paulweiss.com
        began@paulweiss.com
        jlcohen@paulweiss.com


*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email:  rkoch@milbank.com


*Of Counsel for Bayer S.A.S.*

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Daniel Alan M. Ruley, aruley@belldavispitt.com, William K. Davis, wdavis@belldavispitt.com, Christopher G. Kelly, christopher.kelly@hklaw.com, Steven L. D'Alessandro, steven.dalessandro@hklaw.com, Robert J. Burns, robert.burns@hklaw.com, Joshua C. Krumholz, Joshua.krumholz@hklaw.com, Jitendra Malik, jmalik@alston.com, John Patrick Elsevier, jpelsevier@jonesday.com. Matthew W. Howell, matthew.howell@alston. Com, Judy C. Jarecki-Black, jduy.jarecki@merial.com, and Frank G. Smith, frank.smith@alson.com.

This the 28th day of April, 2011.

/s/ Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert T. Numbers, II (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: pmillen@wcsr.com
Email: rnumbers@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and*
*Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
        cbenson@paulweiss.com
        kkemeny@paulweiss.com

WCSR 4606122v1

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
         cnyarady@paulweiss.com
         kraman@paulweiss.com
         began@paulweiss.com
         jlcohen@paulweiss.com


*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*

WCSR  4606122v1