UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**MASTER TRIAL CALENDAR**

HONORABLE THOMAS D. SCHROEDER, UNITED STATES DISTRICT JUDGE
HONORABLE CATHERINE C. EAGLES, UNITED STATES DISTRICT JUDGE
HONORABLE P. TREVOR SHARP, UNITED STATES MAGISTRATE JUDGE

**July 5, 2011**
9:30 a.m.

<u>NOTICE TO COUNSEL</u>

Jury selection will commence at 9:30 a.m. on **July 5, 2011. Cases will not necessarily be called for jury selection and trial in the order in which they appear on the calendar.** Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice.

**For the purpose of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, all cases listed below should consider the first date of the Master Calendar as their trial date.** A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury selection for **Judge Schroeder** will take place in **Courtroom No. 1, 324 W. Market Street, Greensboro, N.C.** Jury selection for **Judge Eagles** will take place in **Courtroom No. 3, 324 W. Market Street, Greensboro, N.C.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the Judge's Case Manager at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a <u>different</u> judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

| | | |
|---|---|---|
| 1:07CV202 *Continued* | AARP v. AMERICAN FAMILY PREPAID CORPORATION, INC., et al. **JURY: TRADEMARK INFRINGEMENT** Plaintiff: James T. Williams, Jr. John J. Dabney Benjamin R. Norman Defendants: James Douglas Grimes Mel Joseph Garofalo Lacey M. Moore Thomas B. Alleman ETT: 7-10 days | (Schroeder) |
| 1:08CV272 | JUDY SMITH v. DEPARTMENT OF VETERAN AFFAIRS, et al. **NON-JURY: UNLAWFUL EMPLOYMENT PRACTICES** Plaintiff: Pro Se Defendants: Joan Binkley, AUSA ETT: 3-4 days | (Eagles) |
| 1:09CV957 | VICTORIA JOHNSON v. UNITED STATES OF AMERICA, et al. **JURY: IRS: WRONGFUL LEVY FOR TAXES** Plaintiff: Jason Austin Morton William Young Webb Defendants: Lawrence P. Blaskopf Matthew Schofield, Pro Se Hunter Schofield, Pro Se ETT: 2 days | (Schroeder) |
| 1:09CV27 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. T-N-T CARPORTS, INC. **JURY: JOB DISCRIMINATION (EMPLOYMENT)** Plaintiff: Darryl L. Edwards Defendant: Eric P. Handler Randolph M. James ETT: 3-4 days | (Eagles) |

| | | |
|---|---|---|
| 1:08CV928 | STATIC CONTROL COMPONENTS, INC. v. SUMMIX, INC. | (Schroeder) |

**JURY: BREACH OF CONTRACT**
Plaintiff:   William L. London, III
Defendant:   Luther D. Starling, Jr.
ETT:         4 days

| | | |
|---|---|---|
| 1:09CV281 | DUKE UNIVERSITY v. COREGIS INSURANCE COMPANY, et al. | (Eagles) |

**JURY: DIVERSITY-INSURANCE CONTRACT**
Plaintiff:   David Leonard Brown
             Deborah J. Bowers
             Jerold Oshinsky
Defendants:  Amiel J. Rossabi
             Gavin J. Reardon
             Jill J. Drzewiecki
ETT:         3-7 days

| | | |
|---|---|---|
| 1:09CV69 | VALERIE CRAWFORD v. SCOTLAND COUNTY BOARD OF EDUCATION, et al. | (Schroeder) |

**JURY: UNLAWFUL EMPLOYMENT PRACTICES**
Plaintiff:   Gilbert J. Andia, Jr.
             Linda A. Miles
Defendants:  Nickolas J. Sojka, Jr.
ETT:         4 days

| | | |
|---|---|---|
| 1:09CV461 | THE HARFORD MUTUAL INSURANCE COMPANIES v. AGEAN, INC dba PAPAS GRILL, et al. | (Eagles) |

**JURY: DIVERSITY**
Plaintiff:   Susan K. Burkhart
Defendants:  Max G. Margulis
             Michael G. Wimer
ETT:         2 days

| | | |
|---|---|---|
| 1:10CV276 | BASF AGRO B.V., ARNHIEM (NL), WADENSWIL BRANCH, et al. v. MAKHTESHIM AGAN OF NORTH AMERICA, INC. (MANA), et al. | (Schroeder) |

**JURY: PATENT INFRINGEMENT**

| | |
|---|---|
| Plaintiffs: | Brian P. Egan |
| | Catherine Nyarady |
| | Craig Benson |
| | Jayson L. Cohen |
| | John E. Nathan |
| | Kenneth A. Gallo |
| | Kent E. Kemeny |
| | Kripa Raman |
| | Robert Thomas Numbers, II |
| | Pressly McAuley Millen |
| | Robert J. Koch |
| Defendants: | Gregory Gerald Holland |
| | April E. Abele |
| | Joseph B. Crystal |
| | Marta E. Gross |
| | Michael Beck |
| | Thadeus Matthew Creech |
| ETT: | 10 days |

| | | |
|---|---|---|
| 1:09CV928 | CONART, INC., et al. v. HUNT CONSTRUCTION GROUP, INC., et al. | (Eagles) |

**JURY: NOTICE OF REMOVAL-BREACH OF CONTRACT**

| | |
|---|---|
| Plaintiffs: | Boyd B. Nicholson, Jr. |
| | Calvin T. Vick, Jr. |
| | Christopher Barton Major |
| | Joel M. Bondurant, Jr. |
| Defendants: | Harold Arthur Bolick, II |
| | Jeffrey E. Oleynik |
| | John S. Buford |
| ETT: | 5 days |

| | | |
|---|---|---|
| 1:10CV274 | BASF AGRO B.V., ARNHEM (NL), WADENSWIL BRANCH, et al. v. CHEMINOVA, INC. | (Schroeder) |

**JURY: PATENT INFRINGEMENT**
Plaintiffs:   Brian P. Egan
              Catherine Nyarady
              Craig Benson
              Jayson L. Cohen
              John E. Nathan
              Kenneth A. Gallo
              Kent E. Kemeny
              Kripa Raman
              Robert Thomas Numbers, II
              Pressly McAuley Millen
              Robert J. Koch
              Jitendra Malik
              Frank G. Smith
              John Patrick Elsevier
              Judy C. Jarecki-Black
              Matthew W. Howell
Defendant:    Christopher G. Kelly
              Daniel Alan M. Ruley
              Joshua C. Krumholz
              Robert J. Burns
              Steven L. D'Alessandro
              William K. Davis
ETT:          10-15 days

| | | |
|---|---|---|
| 1:09CV961 | LONNIE SNIDER v. PPG INDUSTRIES, INC. | (Eagles) |

**JURY: DIVERSITY-NOTICE OF REMOVAL**
Plaintiff:   Michael Doran
Defendant:   Ned A. Stiles
ETT:         2-3 days

| | | |
|---|---|---|
| 1:10CV111 | MISSION RESIDENTIAL, LLC v. SLATE INSTALLATIONS, INC., et al. | (Eagles) |

**JURY: DIVERSITY-PROPERTY DAMAGE**

| | |
|---|---|
| Plaintiff: | William G. Tishkoff |
| | Benjamin J. Goldman |
| | Charles Herman Winfree |
| Defendants: | Karl F. Edgar |
| | Stephanie W. Anderson |
| ETT: | 7 days |