IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civil Action No. 10-cv-274 |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, plaintiffs BASF Agro B.V., Arnhem (NL), Wädenswil Branch ("BASF"), Bayer S.A.S. ("Bayer") and Merial Limited ("Merial") (collectively, "Plaintiffs") and defendant Cheminova, Inc. (together with Plaintiffs, the "Parties") hereby move this Court for a revised scheduling and case management order, as set forth in Exhibit A hereto.

As grounds for this motion, the Parties state that, in light of the Court's recent scheduling of dates for the hearing of remaining *Markman* issues and of Cheminova's pending summary judgment motion, and in light of the Court's recent statements regarding the continued maintenance of this case on the July 2011 trial calendar, the Parties have agreed to a revised proposed case management schedule. The proposed schedule contemplates hearings on remaining *Markman* issues and on Cheminova's summary judgment motion on June 20-21, and contemplates a continuance of the case

from the July 2011 to the October 2011 trial calendars, subject to an earlier trial setting (should the Court's schedule allow) on or after September 6, 2011, on four weeks advance notice to the parties.

WHERETOFORE, for the foregoing reasons, the Parties respectfully request that the Court enter the enclosed Amended Scheduling Order.

DATED: May 24, 2011

Respectfully submitted:

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

*/s/ Pressly M. Millen*_____
Pressly M. Millen (NCSB No. 16178)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC  27601
pmillen@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
2001 K Street NW
Washington, DC  20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

2

John E. Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
began@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Counsel for BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Counsel for Bayer S.A.S.*

**ALSTON & BIRD, LLP**

 */s/ Jitendra Malik*
Jitendra Malik, Ph.D. (NCSB No. 32809)
ALSTON & BIRD, LLP
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Tel.: (704) 444-1115
Fax.: (704) 444-1695
jitty.malik@alston.com
*Attorney for Plaintiff Merial Limited*

Of Counsel:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350
judy.jarecki@merial.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777
frank.smith@alston.com
john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9501
Fax: (212) 922-3881
deepro.mukerjee@alston.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Tel.: (858) 314-1200
Fax: (858) 314-1150
jpelsevier@jonesday.com
*Counsel for Merial Limited*

**BELL, DAVIS & PITT PA**

*/s/Alan M. Ruley*_____
William K. Davis
Alan M. Ruley
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC  27101
wdavis@belldavispitt.com
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. (336) 722-8153

<u>Of Counsel:</u>

Joshua C. Krumholz
Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
joshua.krumkolz@hklaw.com
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010

*Counsel for Defendant and Counter-Plaintiff Cheminova, Inc.*

# EXHIBIT A

## *BASF et al. v. Cheminova Inc.* (M.D.N.C. Civ. 10-274)
## Proposed Case Management Schedule

| EVENT | DEADLINE |
|---|---|
| Opposition brief(s) on Cheminova's summary judgment motion | May 31, 2011 |
| Completion of expert discovery | June 2, 2011 |
| Reply brief on Cheminova's summary judgment motion | June 14, 2011 |
| Hearing on Cheminova's motion for summary judgment with respect to Application Patent issues, and *Markman* hearing on remaining Application Patent issues[1] | June 20, 2011 |
| Hearing on Cheminova's motion for summary judgment with respect to Manufacturing Patent issues, and *Markman* hearing on Manufacturing Patent issues[1] | June 21, 2011 |
| Commencement of trial on patent liability issues | October trial calendar, with trial to be scheduled as soon on or after September 6, 2011 as Court's schedule may allow, on four weeks advance notice of trial setting |

---

[1] Subject to Court approval, the parties reserve the right to submit short supplemental briefs on *Markman* issues involving expert deposition testimony, and will do so at least seven days prior to the scheduled *Markman* hearing(s).

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S., and MERIAL LIMITED

        Plaintiffs,

v.

CHEMINOVA, INC.,

        Defendant.

Civil Action No. 10-cv-274

## [PROPOSED] ORDER

THIS MATTER came before the Court upon the Parties' joint motion pursuant to Rule 16 to amend the schedule in this matter. Being fully apprised in the premises, the Court finds that good cause supports the motion and it is **HEREBY GRANTED.** Unless otherwise ordered, the case schedule will proceed as follows:

| EVENT | DEADLINE |
|---|---|
| Opposition brief(s) on Cheminova's summary judgment motion | May 31, 2011 |
| Completion of expert discovery | June 2, 2011 |
| Reply brief on Cheminova's summary judgment motion | June 14, 2011 |
| Hearing on Cheminova's motion for summary judgment with respect to Application Patent issues, and *Markman* hearing on remaining Application Patent issues[1] | June 20, 2011 |
| Hearing on Cheminova's motion for summary judgment with respect to | June 21, 2011 |

---

[1] Subject to Court approval, the parties reserve the right to submit short supplemental briefs on *Markman* issues involving expert deposition testimony, and will do so at least seven days prior to the scheduled *Markman* hearing(s).

7

| Manufacturing Patent issues, and *Markman* hearing on Manufacturing Patent issues[1] | |
|---|---|
| Commencement of trial on patent liability issues | October trial calendar, with trial to be scheduled as soon on or after September 6, 2011 as Court's schedule may allow, on four weeks advance notice of trial setting |

**SO ORDERED this the \_\_\_\_ day of _____, 2011.**

_____

8

Case 1:10-cv-00274-WO -WWD   Document 121   Filed 05/24/11   Page 8 of 9

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ Robert J. Burns_____