UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,

    Plaintiffs,

v.

CHEMINOVA, INC.,

    Defendant.

C.A. No. 10-CV-274-WO-WWD

PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO FILE THEIR RESPONSE TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S. and MERIAL LIMITED, ("hereinafter Plaintiffs") move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order extending their time to file its Response to Defendants' Motion for Summary Judgment. In support of this Motion, Plaintiffs state as follows:

1. According to the terms of the Joint Motion to Amend the Scheduling Order submitted recently by the parties, Plaintiffs are currently scheduled to file and serve their response to Defendants' Motion for Summary Judgment on May 31, 2011.

2. This morning, during a status conference in BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, and BAYER S.A.S. v. MAKHTESHIM AGAN OF NORTH AMERICA, INC., and CONTROL SOLUTIONS, INC., Case No. 10-cv-276, hereinafter "MANA", the Court indicated that it would be issuing a ruling regarding injunctive relief sought by Plaintiffs.

3. The content of the pending order has the potential to alter the procedural posture of this case as well as the arguments that Plaintiffs will make in response to Defendants' Motion for Summary Judgment.

4. Given the proximity in time of the Court's ruling in MANA to the due date for Plaintiff's response to Defendants' Motion for Summary Judgment, the potential impact of the ruling on Plaintiffs' response, and the intervening holiday weekend, Plaintiffs seek an extension of time in which to file their Response brief until June 14, 2011.

5. Plaintiffs have attempted to confer with local counsel for Defendants regarding this motion, but had not heard back as of the time of filing.

WHEREFORE, Plaintiffs respectfully move this Court to grant them an extension of time to and through June 14, 2011, in which to file their Response to Defendants' Motion for Summary Judgment.

Respectfully submitted this 27th day of May, 2011.

>/s/ Robert T. Numbers, II
>Pressly M. Millen (NCSB No. 16178)
>Robert T. Numbers, II (NCSB No. 34134)
>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
>150 Fayetteville Street, Suite 2100
>Raleigh, NC  27601
>Telephone: (919) 755-2100
>Facsimile: (919) 755-2150
>Email:  pmillen@wcsr.com
>Email:  rnumbers@wcsr.com
>
>*Attorneys for Plaintiffs*
>*BASF Agro B.V., Arnhem (NL), Wädenswil*
>*Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
       cbenson@paulweiss.com
       kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: jnathan@paulweiss.com
       cnyarady@paulweiss.com
       kraman@paulweiss.com
       began@paulweiss.com
       jlcohen@paulweiss.com

*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email: rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the **PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Daniel Alan M. Ruley, aruley@belldavispitt.com, William K. Davis, wdavis@belldavispitt.com, Christopher G. Kelly, christopher.kelly@hklaw.com, Steven L. D'Alessandro, steven.dalessandro@hklaw.com, Robert J. Burns, robert.burns@hklaw.com, Joshua C. Krumholz, Joshua.krumholz@hklaw.com, Jitendra Malik, jmalik@alston.com, John Patrick Elsevier, jpelsevier@jonesday.com. Matthew W. Howell, matthew.howell@alston. Com, Judy C. Jarecki-Black, jduy.jarecki@merial.com, and Frank G. Smith, frank.smith@alson.com.

      This the 27th day of May, 2011.

      /s/ Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert T. Numbers, II (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: pmillen@wcsr.com
Email: rnumbers@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil*
*Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
      cbenson@paulweiss.com
      kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
         cnyarady@paulweiss.com
         kraman@paulweiss.com
         began@paulweiss.com
         jlcohen@paulweiss.com


*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*