UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>　　　　　Defendant. | C.A. No. 10-CV-274-WO-WWD |

## **[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, Plaintiffs' Motion for an extension of time to file a Response to Defendants' Motion for Summary Judgment is hereby GRANTED.

The time in which the Plaintiffs may file and serve their response to Defendants' Motion for Summary Judgment is extended up to and through June 14, 2011.

**SO ORDERED this the \_\_\_\_ day of _____, 2011.**

_____