IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civil Action No. 10-cv-274 |

### PLAINTIFFS' MOTION FOR PROTECTIVE ORDER VACATING THE NOTICE OF JUNE 2, 2011 DEPOSITION OF PROFESSOR MICHAEL POTTER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs BASF Agro B.V., Arnhem (NL), Wädenswil Branch ("BASF"), Bayer S.A.S. ("Bayer"), and Merial Limited ("Merial") respectfully move the Court for a protective order vacating the notice of the June 2, 2011 deposition of Michael Potter, Plaintiffs' expert on infringement and validity issues related to Plaintiffs' United States Patent Nos. 6,414,010 (the "'010 Patent") and 6,835,743 (the "'743 Patent") (collectively, the "Perimeter Use Patents").

The undersigned certifies that counsel for Plaintiffs have conferred in good faith with counsel for Defendants in this action in an attempt to resolve this dispute without court action.

The grounds in support of this Motion are set forth in the accompanying memorandum.

Respectfully submitted this 31st day of May, 2011.

/s/ Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert T. Numbers, II (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: pmillen@wcsr.com
Email: rnumbers@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil*
*Branch, Bayer S.A.S., and Merial Limited*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email:  kgallo@paulweiss.com
        cbenson@paulweiss.com
        kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
        cnyarady@paulweiss.com
        kraman@paulweiss.com
        began@paulweiss.com
        jlcohen@paulweiss.com

*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*

**CERTIFICATE OF SERVICE**

   I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Daniel Alan M. Ruley, aruley@belldavispitt.com, William K. Davis, wdavis@belldavispitt.com, Christopher G. Kelly, christopher.kelly@hklaw.com, Steven L. D'Alessandro, steven.dalessandro@hklaw.com, Robert J. Burns, robert.burns@hklaw.com, Joshua C. Krumholz, Joshua.krumholz@hklaw.com, Jitendra Malik, jmalik@alston.com, John Patrick Elsevier, jpelsevier@jonesday.com. Matthew W. Howell, matthew.howell@alston. Com, Judy C. Jarecki-Black, jduy.jarecki@merial.com, and Frank G. Smith, frank.smith@alson.com.

   This the 31st day of May, 2011.

                  /s/ Robert T. Numbers, II
                  Pressly M. Millen (NCSB No. 16178)
                  Robert T. Numbers, II (NCSB No. 34134)
                  WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                  150 Fayetteville Street, Suite 2100
                  Raleigh, NC 27601
                  Telephone: (919) 755-2100
                  Facsimile: (919) 755-2150
                  Email: pmillen@wcsr.com
                  Email: rnumbers@wcsr.com

                  *Attorneys for Plaintiffs*
                  *BASF Agro B.V., Arnhem (NL), Wädenswil Branch,*
                  *Bayer S.A.S., and Merial Limited*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
    cbenson@paulweiss.com
    kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
        cnyarady@paulweiss.com
        kraman@paulweiss.com
        began@paulweiss.com
        jlcohen@paulweiss.com


*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*