# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.<br><br>Defendant. | Civ. Action No. 10-CV-274 |

## NOTICE OF DEPOSITION OF MICHAEL POTTER

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Cheminova, Inc. will take the deposition of Michael Potter on June 2, 2011, beginning at 9:30 a.m. The deposition will continue from day to day thereafter until completed. The deposition will take place at the offices of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019. The deposition will be by oral examination and may be recorded by any means permitted under Federal Rules of Civil Procedure, including videotaping and stenographic recording.

Dated: May 26, 2011

HOLLAND & KNIGHT LLP

_____
Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
31 West 52nd Street
New York, NY 10019
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010

Joshua C. Krumholz
10 St. James Ave.
Boston, MA 02116
joshua.krumkolz@hklaw.com
Phone No. (617) 523-2700
Fax No. (617) 523-6850

William K. Davis
N.C. State Bar No. 1117
Alan M. Ruley
N.C. State Bar No. 16407
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Post Office Box 21029
Winston-Salem, NC 27120-1029
wdavis@belldavispitt.com
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. ( 336) 722-8153

*Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26 day of May, 2011, I served the foregoing via electronic mail on the following:

| | |
|---|---|
| Brian P. Egan | began@paulweiss.com |
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@panlweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Robert Thomas Number, II | rnumbers@wcsr.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alston.com |
| Frank G. Smith | frank.smith@alston.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| Matthew W. Howell | matthew.howell@alston.com |

_____