IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL), )
WADENSWIL BRANCH, et al. )
)
    Plaintiffs, )
)
    v. )      1:10CV274
)
CHEMINOVA, INC. )
)
    Defendant. )

## ORDER

**FOR GOOD CAUSE SHOWN**, Plaintiffs' motion for an extension of time to file a response to Defendants' motion for summary judgment is hereby **GRANTED.**

The time in which the Plaintiffs may file and serve their response to Defendants' motion for summary judgment is extended up to and including June 14, 2000.

This the 31st day of May 2011.

                                             /s/ William L. Osteen, Jr.
                                             United States District Judge