IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civil Action No. 10-cv-274 |

### **[PROPOSED] ORDER**

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to Stay All Proceedings for 30 Days Pending Issuance of *Markman* Order on Kimura Patents and Resolution of Plaintiffs' Motion for Clarification. [D.I. __]. It appearing to the Court that good cause exists for Plaintiffs' motion,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Stay All Proceedings for 30 Days Pending Issuance of *Markman* Order on Kimura Patents and Resolution of Plaintiffs' Motion for Clarification is GRANTED. This case shall be stayed for 30 days starting from the date of this Order.

IT IS FURTHER ORDERED that at the close of this 30-day stay, the parties shall submit a joint schedule to the Court with proposed dates for the completion of expert discovery and summary judgment briefing.

This the ___ day of June, 2011.

_____