IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>    Defendant. | C.A. No. 10-cv-274-WO-WWD |

## [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to File Documents Under Seal with respect to (i) Plaintiffs' Supplemental Claim Construction Brief; and (ii) Plaintiffs' Second Supplemental Appendix Exhibits 81-91, 101 and 102. It appearing to the Court that good cause exists for Plaintiffs to file its documents under seal.

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Documents Under Seal is GRANTED.

This the ___ day of June, 2011.

_____