# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | **Civ. Action No. 10-CV-274**<br><br>**MOTION TO FILE DOCUMENTS UNDER SEAL** |

Defendant Cheminova, Inc. (hereinafter "Cheminova") hereby moves the Court to file under seal Cheminova, Inc.'s Supplemental Claim Construction Brief, along with excerpts of the depositions of Dr. Jeffrey Winkler, Dr. Michael Potter, and Dr. Mark McHugh, and the declaration of Dr. Jeffrey Winkler, filed with Cheminova's supplemental brief.

In support of this Motion, Cheminova states as follows:

The parties to this case entered into a Stipulated Protective Order ("the Protective Order") entered by the Court on August 27, 2010. (Docket No. 40.) Paragraph II.B.1 of the Protective Order defines "confidential information" as non-public information that involves the personal or privacy interests of individuals under the laws where such individuals reside. Paragraph II.B.2 of the Protective Order defines "highly confidential information" as confidential information whose disclosure would be likely to cause harm

to the competitive position of the producing party. Paragraphs VIII.2 and VIII.3 of the Protective Order states that a party may file documents under seal with the Court if it is necessary to submit confidential or highly confidential material.

Cheminova's Supplemental Claim Construction Brief includes discussion of declarations and deposition testimony that have been designated by the parties as either "confidential information" or "highly confidential information" under the protective order. Likewise, excerpts of the depositions of Dr. Jeffrey Winkler, Dr. Michael Potter, and Dr. Mark McHugh, and the declaration of Dr. Jeffrey Winkler, filed with Cheminova's supplemental brief, have themselves been designated by Plaintiffs and/or by Cheminova as "confidential" and/or "highly confidential" information. Accordingly, Cheminova hereby moves the Court under paragraphs VIII.2 and VIII.3 of the Protective Order to seal Cheminova, Inc.'s Supplemental Claim Construction Brief, along with excerpts of the depositions of Dr. Jeffrey Winkler, Dr. Michael Potter, and Dr. Mark McHugh, and the declaration of Dr. Jeffrey Winkler, filed with Cheminova's supplemental brief.

WHEREFORE, Defendants move this Court to file and retain under seal Cheminova, Inc.'s Supplemental Claim Construction Brief, along with excerpts of the depositions of Dr. Jeffrey Winkler, Dr. Michael Potter, and Dr. Mark McHugh, and the declaration of Dr. Jeffrey Winkler, filed with Cheminova's supplemental brief.

Respectfully submitted this 10th day of June, 2011.

                Respectfully submitted,

By:   /s/Alan M. Ruley
William K. Davis
Alan M. Ruley
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC 27101
wdavis@belldavispitt.com
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. (336) 722-8153

/s/ Joshua C. Krumholz
Joshua C. Krumholz
Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
joshua.krumkolz@hklaw.com
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010

*Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ Robert J. Burns