IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>　　　　　　　　　　Plaintiffs,<br><br>- against -<br><br>CHEMINOVA, INC.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 10-274<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEMINOVA INC.'S MOTION TO SEAL** |

This matter is before the Court upon the Motion of the Defendant Cheminova, Inc. to file and retain under seal Cheminova, Inc.'s Supplemental Claim Construction Brief, along with excerpts of the depositions of Dr. Jeffrey Winkler, Dr. Michael Potter, and Dr. Mark McHugh, and the declaration of Dr. Jeffrey Winkler, filed with Cheminova's supplemental brief. Good cause therefor having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that Cheminova, Inc.'s Supplemental Claim Construction Brief, along with excerpts of the depositions of Dr. Jeffrey Winkler, Dr. Michael Potter, and Dr. Mark McHugh, and the declaration of Dr. Jeffrey Winkler, filed with Cheminova's supplemental brief, be filed and retained under seal.

　　　　　This the _____ day of June, 2011.

　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM L. OSTEEN, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE