IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civ. Action No. 10-CV-274<br><br>**MOTION TO FILE DOCUMENTS UNDER SEAL** |

Defendant Cheminova, Inc. (hereinafter "Cheminova") hereby moves the Court to file under seal Cheminova, Inc.'s Letter to the Court, dated June 10, 2011, and all exhibits thereto.

In support of this Motion, Cheminova states as follows:

The parties to this case entered into a Stipulated Protective Order ("the Protective Order") entered by the Court on August 27, 2010. (Docket No. 40.) Paragraph II.B.1 of the Protective Order defines "confidential information" as non-public information that involves the personal or privacy interests of individuals under the laws where such individuals reside. Paragraph II.B.2 of the Protective Order defines "highly confidential information" as confidential information whose disclosure would be likely to cause harm to the competitive position of the producing party. Paragraphs VIII.2 and VIII.3 of the

Protective Order states that a party may file documents under seal with the Court if it is necessary to submit confidential or highly confidential material.

Cheminova's June 10 letter includes references to interrogatory responses and deposition testimony that have been designated by Plaintiffs as "highly confidential information" under the protective order. Accordingly, Cheminova hereby moves the Court under paragraphs VIII.2 and VIII.3 of the Protective Order to seal Cheminova, Inc.'s June 10, 2011, Letter to the Court, along with all exhibits thereto.

WHEREFORE, Defendants move this Court to file and retain under seal Cheminova, Inc.'s June 10, 2011, Letter to the Court, along with all exhibits thereto.

Respectfully submitted this 10th day of June, 2011.

> Respectfully submitted,
>
> By: /s/Alan M. Ruley
> William K. Davis
> Alan M. Ruley
> BELL, DAVIS & PITT, P.A.
> 100 N. Cherry Street, Suite 600
> Winston-Salem, NC 27101
> wdavis@belldavispitt.com
> aruley@belldavispitt.com
> Phone No. (336) 722-3700
> Fax No. (336) 722-8153
>
> /s/ Joshua C. Krumholz
> Joshua C. Krumholz
> Christopher G. Kelly
> Steven L. D'Alessandro
> Robert J. Burns
> HOLLAND & KNIGHT LLP
> 31 West 52nd Street
> New York, NY 10019
> joshua.krumkolz@hklaw.com
> christopher.kelly@hklaw.com
> steven.dalessandro@hklaw.com
> robert.burns@hklaw.com
> Phone No. (212) 513-3200
> Fax No. (212) 385-9010
>
> *Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ Robert J. Burns