IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>- against -<br><br>CHEMINOVA, INC.,<br>Defendant. | Civil Action No. 10-274<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CHEMINOVA INC.'S MOTION TO SEAL |

This matter is before the Court upon the Motion of the Defendant Cheminova, Inc. to file and retain under seal Cheminova, Inc.'s June 10, 2011, Letter to the Court, along with all exhibits thereto. Good cause therefor having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that Cheminova, Inc.'s June 10, 2011, Letter to the Court, along with all exhibits thereto, be filed and retained under seal.

This the _____ day of June, 2011.

HONORABLE WILLIAM L. OSTEEN, JR.
UNITED STATES DISTRICT JUDGE