# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> CHEMINOVA, INC., <br><br> Defendant. | C.A. No. 1:10-cv-274-WO-WWD |

## MOTION TO AMEND THE SCHEDULING ORDER ENTERED ON JUNE 10, 2011

On June 8, 2011, at the request of the Court, the parties submitted a proposed scheduling order regarding various deadlines in this case. The Court entered the Scheduling Order on June 10, 2011. D.E. # 130. Upon review of the June 10, 2011 scheduling order, the undersigned noted that, due to a conversion error between Microsoft Word and Word Perfect, the Scheduling Order lacked the footnote text that was contained in the proposed scheduling order agreed to by the parties.

Plaintiffs request that the Court enter an Amended Scheduling Order that contains the footnote text agreed to by the parties. A copy of the proposed Amended Scheduling Order will be submitted to the Court in both Word Perfect and PDF format.

Respectfully submitted this 14th day of June, 2011.

/s/ Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert T. Numbers, II (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: pmillen@wcsr.com
Email: rnumbers@wcsr.com

*Attorneys for Plaintiffs
BASF Agro B.V., Arnhem (NL), Wädenswil Branch,
Bayer S.A.S., and Merial Limited*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
       cbenson@paulweiss.com
       kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: jnathan@paulweiss.com
       cnyarady@paulweiss.com
       kraman@paulweiss.com

began@paulweiss.com
jlcohen@paulweiss.com

*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Daniel Alan M. Ruley, aruley@belldavispitt.com, William K. Davis, wdavis@belldavispitt.com, Christopher G. Kelly, christopher.kelly@hklaw.com, Steven L. D'Alessandro, steven.dalessandro@hklaw.com, Robert J. Burns, robert.burns@hklaw.com, Joshua C. Krumholz, Joshua.krumholz@hklaw.com, Jitendra Malik, jmalik@alston.com, John Patrick Elsevier, jpelsevier@jonesday.com. Matthew W. Howell, matthew.howell@alston. Com, Judy C. Jarecki-Black, jduy.jarecki@merial.com, and Frank G. Smith, frank.smith@alson.com.

This the 14th day of June, 2011.

                                            /s/ Robert T. Numbers, II
                                            Pressly M. Millen (NCSB No. 16178)
                                            Robert T. Numbers, II (NCSB No. 34134)
                                            WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                                            150 Fayetteville Street, Suite 2100
                                            Raleigh, NC 27601
                                            Telephone: (919) 755-2100
                                            Facsimile: (919) 755-2150
                                            Email: pmillen@wcsr.com
                                            Email: rnumbers@wcsr.com

                                            *Attorneys for Plaintiffs*
                                            *BASF Agro B.V., Arnhem (NL), Wädenswil Branch,*
                                            *Bayer S.A.S., and Merial Limited*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
       cbenson@paulweiss.com
       kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
        cnyarady@paulweiss.com
        kraman@paulweiss.com
        began@paulweiss.com
        jlcohen@paulweiss.com


*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*