IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



BASF AGRO B.V., ARNHEM
(NL), WÄDENSWIL BRANCH,
BAYER S.A.S., and MERIAL LIMITED

                          Plaintiffs,

v.

CHEMINOVA, INC.,

                          Defendant.

C.A. No. 1:10-cv-274-WO-WWD

## AMENDED SCHEDULING ORDER

Pursuant to the Court's instructions at the June 3, 2011 Status Conference, the below case schedule is hereby Ordered:

| EVENT | DEADLINE |
| --- | --- |
| Parties may file supplemental *Markman* briefs (up to 10 pages) limited to issues to be argued on 6/20/11 and 6/21/11 as set forth below | June 10, 2011 by 5:00 p.m. |
| Attorney argument regarding *Markman* issues on the Use Patents' phrase "no quick knock down effect" and Defendant's indefiniteness argument regarding same[1] | June 20, 2011 at 11:00 a.m. |
| Tutorial on technology pertaining to Process Patents 20-30 minutes per side Presentations must be exchanged via email on or before June 18 | June 20, 2011 following the above |
| Attorney argument regarding *Markman* issues on Process Patents[2] | June 21, 2011 |

---

[1]     Attorney argument only; no live witnesses will be presented.
[2]     Attorney argument only; no live witnesses will be presented.

| EVENT | DEADLINE |
|---|---|
| Supplemental expert reports, if any, in response to *Markman* Order on Use Patents | 7 days following *Markman* ruling on Use Patents |
| Supplemental expert depositions, if any, in response to *Markman* Order on Use Patents | 14 days following *Markman* ruling on Use Patents |
| Modified summary judgment motions, if any, in response to *Markman* Order on Use Patents | 20 days following *Markman* ruling on Use Patents |
| Responses to modified summary judgment motions, if any, on Use Patents | 30 days following *Markman* ruling on Use Patents |
| Replies to modified summary judgment motion, if any, on Use Patents | 35 days following *Markman* ruling on use patents |
| Commencement of trial on patent liability issues | October trial calendar, with trial to be scheduled prior to trial in 10-cv-276, and as soon on or after September 6, 2011 as Court's schedule may allow, on four weeks advance notice of trial setting |

The schedule for supplemental expert discovery (if any) and summary judgment briefing on Process Patents will be set during the proceedings on June 20-21.

SO ORDERED this the 15th day of June, 2011.

William L. Osteen, Jr.
United States District Judge