IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civ. Action No. 10-CV-274<br><br>MOTION TO STRIKE A PORTION OF THE EXPERT REPORT AND THE ENTIRE "SUPPLEMENTAL" EXPERT REPORT OF JEFFREY WINKLER AND PRECLUDE TESTIMONY AND EVIDENCE |

Defendant Cheminova, Inc. (hereinafter "Cheminova") hereby moves the Court to strike a portion of the expert report of Jeffery Winkler, Ph.D. and his entire "supplemental" report, including the use of that report in the upcoming *Markman* proceedings, as well as to preclude his anticipated testimony and evidence on those excluded topics.

In support of its motion, Cheminova relies upon the accompanying Brief in Support of its Motion, along with the accompanying declaration of Steven L. D'Alessandro and all exhibits annexed thereto.

Briefly, on April 6, 2011, Plaintiffs BASF Agro B.V., Arnhem (NL), Wädenswil Branch, Bayer S.A.S. and Merial Limited (collectively, "Plaintiffs") tendered the expert burden report of Dr. Winkler pursuant to Federal Rule of Civil Procedure 26(a)(2). However, for the reasons discussed more fully in Cheminova's accompanying Brief, at

least a portion of that report was deficient as a matter of law under the doctrine of *ipse dixit*, and should be stricken. Months later, after receipt and consideration of the reports, declarations and depositions of all of Cheminova's expert witnesses, Plaintiffs' offered Dr. Winkler's "supplemental" report. This new report discloses new opinions for the first time, and without justification for that late service. Further exacerbating the matter, Plaintiffs chose not to provide the report to Cheminova until, literally, the commencement of Dr. Winkler's deposition and at the end of expert discovery. For at least these reasons, Cheminova respectfully requests that Dr. Winkler's "supplemental" report be stricken in its entirety.

Furthermore, given the deficiency of the initial report and the dilatory disclosures that followed, Plaintiffs should "not [be] allowed to use that information or [Dr. Winkler] to supply evidence on a motion, at a hearing, or at a trial." Fed. R. Civ. P. 37(c)(1). Plaintiffs' apparent gamesmanship in conducting expert discovery in this case warrants severe sanction.

### REQUEST FOR ORAL ARGUMENT

Cheminova respectfully requests oral argument on this motion.

Respectfully submitted this 17th day of June, 2011.

                                    Respectfully submitted,

               By:    /s/Alan M. Ruley_____
                     William K. Davis
                     Alan M. Ruley
                     BELL, DAVIS & PITT, P.A.
                     100 N. Cherry Street, Suite 600
                     Winston-Salem, NC 27101
                     wdavis@belldavispitt.com
                     aruley@belldavispitt.com
                     Phone No. (336) 722-3700
                     Fax No. (336) 722-8153


                     /s/ Joshua C. Krumholz_____
                     Christopher G. Kelly/Joshua C. Krumholz
                     Robert J. Burns/Steven L. D'Alessandro
                     HOLLAND & KNIGHT LLP
                     31 West 52nd Street
                     New York, NY 10019
                     joshua.krumkolz@hklaw.com
                     christopher.kelly@hklaw.com
                     steven.dalessandro@hklaw.com
                     robert.burns@hklaw.com
                     Phone No. (212) 513-3200
                     Fax No. (212) 385-9010

                     *Attorneys for Defendant and Counter-Plaintiff*
                     *Cheminova, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ Steven L. D'Alessandro_____