IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

_____

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>                Plaintiffs,<br><br>- against -<br><br>CHEMINOVA, INC.,<br>                Defendant. | Civil Action No. 10-274<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEMINOVA INC.'S MOTION TO SEAL** |

_____

This matter is before the Court upon the Motion of the Defendant Cheminova, Inc. to file and retain under seal Cheminova, Inc.'s Brief in Support of its Motion to strike a portion of the expert report of Jeffery Winkler, Ph.D. and his entire "supplemental" report, along with the Declaration of Steven L. D'Alessandro filed in support thereof (including all exhibits to said declaration). Good cause therefor having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that Cheminova, Inc.'s Brief in Support of its Motion to strike a portion of the expert report of Jeffery Winkler, Ph.D. and his entire "supplemental" report, along with the Declaration of Steven L. D'Alessandro filed in support thereof (including all exhibits to said declaration), be filed and retained under seal.

        This the _____ day of June, 2011.

                                                                                         _____
                                                                                         HONORABLE WILLIAM L. OSTEEN, JR.
                                                                                         UNITED STATES DISTRICT JUDGE