BASF AGRO B.V., ARNHEM (NL),
WÄDENSWIL BRANCH, BAYER S.A.S.,
and MERIAL LIMITED,

    Plaintiffs,

v.

CHEMINOVA, INC.,

    Defendant.

C.A. No. 10-CV-274-WO-WWD

**PLAINTIFFS' MOTION TO DISMISS ALL PENDING
CLAIMS, DEFENSES, AND COUNTERCLAIMS RELATING
TO U.S. PATENT NO. 6,881,848 PURSUANT TO FED. R. CIV. P. 41(a)(2)**

  Plaintiffs, BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH ("BASF"), BAYER S.A.S. ("Bayer") and MERIAL LIMITED, ("Merial") (collectively, "Plaintiffs") move the Court pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss, with prejudice, all pending claims, defenses, and counterclaims relating to U.S. Patent 6,881,848 ("the '848 Patent") with respect to Cheminova's process for the manufacture of fipronil technical product as set forth in deposition exhibits PX 23 (CHEM 355200-218) and PX 92 (CHEM 365571-366409) and Defendant's September

30, 2010 Amended and Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories ("Cheminova's Current Process").

In support of this Motion, Plaintiffs state as follows:

1. On April 8, 2010, BASF and Bayer filed a Complaint alleging, *inter alia*, that Cheminova, Inc. ("Cheminova") infringes the '848 Patent. (*See* Count IV at ¶¶ 57-60 [D.I. 1]).

2. On October 15, 2010, Plaintiffs filed an Amended Complaint alleging, *inter alia*, that Cheminova infringes the '848 Patent. (*See* Count IV at ¶¶ 63-66 [D.I. 50]).

3. On October 29, 2010, Cheminova filed an Amended Answer, Affirmative Defenses, and Counterclaims to Plaintiffs' Amended Complaint. [D.I. 57]. In it, Cheminova asserted defenses and counterclaims related to the '848 Patent. (*See* Answer at ¶¶ 63-66 [D.I. 57]; Affirmative Defenses at ¶ 68 [D.I. 57]; Counterclaim Count 1 at ¶¶ 10, 11, 12, and 14 [D.I. 57]).

4. BASF and Bayer served their First Set of Interrogatories on Cheminova on May 24, 2010. Cheminova served responses and amended and supplemental responses to these interrogatories on July 9, 2010, September 30, 2010, November 30, 2010, and April 21, 2011 (collectively, "Interrogatory Responses"). In its Interrogatory Responses, Cheminova described the process by which it manufactures fipronil.

5. On February 28, 2011 Cheminova first made available a corporate witness for a deposition regarding the portion of Cheminova's Current Process that relates to the

'848 Patent.[1]  Shortly beforehand, Cheminova produced, for the first time, process batch records relating to this portion of Cheminova's Current Process.  Subsequent to that deposition and production, on April 19, 2011, counsel for BASF alerted counsel for Cheminova that it would withdraw the '848 Patent from the case.

6.  Based on its representations regarding Cheminova's Current Process for the manufacture of fipronil technical product (as identified in deposition exhibits PX 23 (CHEM 355200-218) and PX 92 (CHEM 365571-366409) and Defendant's September 30, 2010 Amended and Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories), Plaintiffs hereby seek to dismiss with prejudice all pending claims, defenses and counterclaims relating to the '848 Patent as against Cheminova's Current Process.

Plaintiffs further rely on Plaintiffs' Memorandum of Law, filed herewith.

WHEREFORE, Plaintiffs respectfully move this Court to dismiss, with prejudice, all claims, defenses, and counterclaims relating to the '848 Patent as to Cheminova's Current Process and that such dismissal be without prejudice with respect to any other process of manufacturing fipronil technical material employed by or for Cheminova, previously or in the future.

---

[1]  On December 1, 2010, Cheminova first made available a corporate witness on its process.  However, he was unprepared to testify regarding the portion of the process that is the subject of the '848 Patent.  Nor had Cheminova collected documents relating to this portion of the process at this time, despite numerous prior requests for production.

Respectfully submitted this 17th day of June, 2011.

/s/ Robert T. Numbers, II
    essly M. Millen (NCSB No. 16178)
Robert T. Numbers, II (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-2100
Facsimile: (919) 755-2150
Email: pmillen@wcsr.com
Email: rnumbers@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*
*and Bayer S.A.S.*

<u>Of Counsel:</u>

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
      cbenson@paulweiss.com
      kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: jnathan@paulweiss.com

4

Case 1:10-cv-00274-WO -WWD   Document 145   Filed 06/17/11   Page 4 of 8

cnyarady@paulweiss.com
kraman@paulweiss.com
began@paulweiss.com
jlcohen@paulweiss.com

*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email: rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*

/s/ Jitendra Malik, Ph.D.
Jitendra Malik, Ph.D. (NCSB No. 32809)
ALSTON & BIRD, LLP
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Tel.: (704) 444-1115
Fax.: (704) 444-1695
jitty.malik@alston.com
*Attorney for Plaintiff*
*Merial Limited*

Of Counsel:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
Tel.: (678) 638-3805
Fax: (678) 638-3350
judy.jarecki@merial.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel.: (404) 881-7000
Fax: (404) 881-7777

frank.smith@alston.com
john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
Tel.: (212) 210-9501
Fax: (212) 922-3881
deepro.mukerjee@alston.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
Tel.: (858) 314-1200
Fax: (858) 314-1150
jpelsevier@jonesday.com

*Counsel for Merial Limited*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Daniel Alan M. Ruley, aruley@belldavispitt.com, William K. Davis, wdavis@belldavispitt.com, Christopher G. Kelly, christopher.kelly@hklaw.com, Steven L. D'Alessandro, steven.dalessandro@hklaw.com, Robert J. Burns, robert.burns@hklaw.com, Joshua C. Krumholz, Joshua.krumholz@hklaw.com, Jitendra Malik, jmalik@alston.com, John Patrick Elsevier, jpelsevier@jonesday.com. Matthew W. Howell, matthew.howell@alston. Com, Judy C. Jarecki-Black, jduy.jarecki@merial.com, and Frank G. Smith, frank.smith@alson.com.

This the 17th day of June, 2011.

        /s/ Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert T. Numbers (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-8184
Facsimile: (919) 755-6094
Email: pmillen@wcsr.com
      rnumbers@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
      cbenson@paulweiss.com
      kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  jnathan@paulweiss.com
          cnyarady@paulweiss.com
          kraman@paulweiss.com
          began@paulweiss.com
          jlcohen@paulweiss.com


*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586
Email:  rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*