IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | C.A. No. 10-cv-274-WO-WWD |

## [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to File Documents Under Seal with respect to (i) Memorandum of Law in Support of Plaintiffs' Motion to Dismiss All Pending Claims, Defenses and Counterclaims Relating to the '848 Patent Pursuant to Fed. R. Civ. P. 41(a)(2); and (ii) Exhibits B, C, D, and E filed therewith. It appearing to the Court that good cause exists for Plaintiffs to file its documents under seal.

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Documents Under Seal is GRANTED.

This the ___ day of June, 2011.

_____