IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.<br><br>Defendant. | Civ. Action No. 10-CV-274 (WO)(WWD)<br><br>OPPOSITION TO PLAINTIFFS' MOTION TO STAY ON GROUNDS OF MOOTNESS |

Defendant Cheminova, Inc. responds to Plaintiffs' Motion to Stay All Proceedings in this case (Docket No. 126). In light of Plaintiffs' agreements to a case management schedule providing for further proceedings in this case (*see* transcript of June 3, 2011, Scheduling Conference (Docket No. 129); Plaintiffs' Motion to Amend Scheduling Order (Docket No. 139)), and in light of the Court's ordering of same (*see* Docket Nos. 130, 140), Plaintiffs' Motion to Stay is moot and should be denied on that basis.

Respectfully submitted this 27th day of June, 2011.

Respectfully submitted,

By: /s/William K. Davis
William K. Davis
Alan M. Ruley
BELL, DAVIS & PITT, P.A.
100 N. Cherry Street, Suite 600
Winston-Salem, NC 27101
wdavis@belldavispitt.com
aruley@belldavispitt.com
Phone No. (336) 722-3700
Fax No. (336) 722-8153

/s/ Christopher G. Kelly
Christopher G. Kelly/Joshua C. Krumholz
Robert J. Burns/Steven L. D'Alessandro
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
christopher.kelly@hklaw.com
joshua.krumkolz@hklaw.com
robert.burns@hklaw.com
steven.dalessandro@hklaw.com
Phone No. (212) 513-3200
Fax No. (212) 385-9010

*Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| John Cox | john.cox@alston.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ Robert J. Burns