# Holland & Knight

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
www.hklaw.com

June 30, 2011

ROBERT J. BURNS
212-513-3490

Internet Address:
robert.burns@hklaw.com

**VIA ECF**

Hon. William L. Osteen, Jr.
United States District Court
Middle District of North Carolina
324 West Market Street
Greensboro, NC 27401

  Re: *BASF Agro B.V., Arnhem (NL), Wädenswil Branch et al. v. Cheminova Inc.*
  (M.D.N.C. No. 1:10-cv-274-WO-WWD)

Dear Judge Osteen:

  We are counsel for defendant Cheminova Inc. We write on behalf of all parties in the above-captioned case to submit, for the Court's consideration, the attached proposed Supplemental Scheduling Order for certain as-yet unscheduled issues pertaining to the Process Patents. All parties have agreed to this proposed supplemental schedule.

  We thank Your Honor for your continued consideration in this matter.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        Robert J. Burns

Encl.

cc All Counsel of Record via ECF