IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL),
WÄDENSWIL BRANCH,
BAYER S.A.S., and MERIAL LIMITED,

Plaintiffs,

v.

CHEMINOVA, INC.,

Defendant.

Civil Action No. 10-cv-274

## SUPPLEMENTAL SCHEDULING ORDER

Further to the Amended Scheduling Order entered on June 15, 2011 (the "Scheduling Order"), the below case schedule is hereby Ordered for certain issues pertaining to the Process Patents in this case. This Supplemental Scheduling Order does not amend the Scheduling Order, and all dates and deadlines set in the Scheduling Order remain in effect.

| EVENT | DEADLINE |
|---|---|
| Objections to the *Markman* presentations on the Process Patents, held on June 20-21, to be filed | July 1, 2011 |
| Responses to objections to the *Markman* presentations on the Process Patents, held on June 20-21, to be filed | July 11, 2011 |
| Supplemental expert reports, if any, in response to *Markman* Order on Process Patents | 7 days following *Markman* ruling on Process Patents |
| Supplemental expert depositions, if any, in response to *Markman* Order on Process Patents | 14 days following *Markman* ruling on Process Patents |
| Modified summary judgment motions, if any, in response to *Markman* Order on Process Patents | 18 days following *Markman* ruling on Process Patents |

| EVENT | DEADLINE |
|---|---|
| Responses to modified summary judgment motions, if any, on Process Patents | 28 days following *Markman* ruling on Process Patents |
| Replies to modified summary judgment motion, if any, on Process Patents | 32 days following *Markman* ruling on Process Patents |

SO ORDERED this the 1st day of July, 2011.

William L. Osteen, Jr.