IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>　　　　　Defendant. | C.A. No. 10-cv-274-WO-WWD |

### **[PROPOSED] ORDER TO FILE A DOCUMENT UNDER SEAL**

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to File A Document Under Seal with respect to Plaintiffs' Objections To Defendant's *Markman* Presentation. It appearing to the Court that good cause exists for Plaintiffs to file its document under seal.

IT IS HEREBY ORDERED that Plaintiffs' Motion to File A Document Under Seal is GRANTED.

This the ___ day of July, 2011.

_____