# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

_____

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>- against -<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civil Action No. 10-274<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEMINOVA INC.'S MOTION TO SEAL** |

_____

This matter is before the Court upon the Motion of the Defendant Cheminova, Inc. to file and retain under seal Cheminova, Inc.'s Objections to Plaintiffs' Inclusion of a Late-Submitted Expert Report and Extrinsic Evidence in Support of their Proposed Claim Constructions ("Cheminova's Objections"), along with the Declaration of Joshua C. Krumholz filed in support thereof (including all exhibits to said declaration). Good cause therefor having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that Cheminova's Objections, along with the Declaration of Joshua C. Krumholz filed in support thereof (including all exhibits to said declaration), be filed and retained under seal.

This the _____ day of July, 2011.

_____
HONORABLE WILLIAM L. OSTEEN, JR.
UNITED STATES DISTRICT JUDGE