# EXHIBIT A

## BASF et al. v. Cheminova Inc. (M.D.N.C. Civ. 10-274)
### Proposed Case Management Schedule

| EVENT | DEADLINE |
|---|---|
| Supplemental expert reports, if any, in response to *Markman* Order on Use Patents | July 12, 2011 |
| Supplemental expert depositions, if any, in response to *Markman* Order on Use Patents | July 19, 2011 |
| Modified summary judgment motions, if any, in response to *Markman* Order on Use Patents | July 25, 2011 |
| Responses to modified summary judgment motions, if any, on Use Patents | August 4, 2011 |
| Replies to modified summary judgment motion, if any, on Use Patents | August 9, 2011 |
| Commencement of trial on patent liability issues | October trial calendar, with trial to be scheduled prior to trial in 10-cv-276, and as soon on or after September 6, 2011 as Court's schedule may allow, on four weeks advance notice of trial setting |