# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>       Plaintiffs,<br><br>    v.<br><br>CHEMINOVA, INC.,<br><br>       Defendant. | Civil Action No. 10-cv-274 |

## [PROPOSED] ORDER

THIS MATTER came before the Court upon a joint motion for an Amended Scheduling Order in this case. Being fully apprised in the premises, the Court finds that good cause supports the joint motion and it is **HEREBY GRANTED.** This Amended Scheduling Order does not amend the Supplemental Scheduling Order regarding the process patents filed on July 1, 2011 [D.I. 153] and all dates set forth therein remain in effect. Unless otherwise ordered, the case schedule will proceed as follows:

| EVENT | DEADLINE |
|---|---|
| Supplemental expert reports, if any, in response to *Markman* Order on Use Patents | July 12, 2011 |
| Supplemental expert depositions, if any, in response to *Markman* Order on Use Patents | July 19, 2011 |
| Modified summary judgment motions, if any, in response to *Markman* Order on Use Patents | July 25, 2011 |

| EVENT | DEADLINE |
|---|---|
| Responses to modified summary judgment motions, if any, on Use Patents | August 4, 2011 |
| Replies to modified summary judgment motion, if any, on Use Patents | August 9, 2011 |
| Commencement of trial on patent liability issues | October trial calendar, with trial to be scheduled prior to trial in 10-cv-276, and as soon on or after September 6, 2011 as Court's schedule may allow, on four weeks advance notice of trial setting |

**SO ORDERED this the \_\_\_\_ day of _____, 2011.**

_____