IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civil Action No. 10-cv-274-WO-WWD |

## JOINT MOTION TO EXTEND DEADLINES

Pursuant to Federal Rule of Civil Procedure 16, plaintiffs BASF Agro B.V., Arnhem (NL), Wädenswil Branch, Bayer S.A.S. and Merial Limited (collectively, "Plaintiffs") and defendant Cheminova, Inc. (together with Plaintiffs, the "Parties") hereby move this Court to extend the deadline for (1) Plaintiffs' Response to the Motion to Strike a Portion of the Expert Report and the Entire "Supplemental" Expert Report of Jeffrey Winkler and Preclude Testimony and Evidence ("Motion to Strike") [D.I. 142] and (2) the parties' responses to Plaintiffs' Objections to Defendant's *Markman* Presentation [D.I. 155] and Defendant's Objections to Plaintiff's Inclusion of a Late-Submitted Expert Report and Extrinsic Evidence [D.I. 157] (collectively, "*Markman* motions"). Under the Local Rules, Plaintiffs' Response to the Motion to Strike is due July 11, 2011.

As grounds for this motion, Plaintiffs state that because of scheduling issues, one additional day is required to respond to the Motion to Strike. Because the issues in Plaintiffs' Response to the Motion to Strike and Plaintiffs' Response to Defendant's *Markman* Motion substantially overlap, and both are due July 11, 2011, Plaintiffs request a one day extension to respond to that motion as well. Similarly, Defendant's response to Plaintiffs' *Markman* Motion will be due simultaneously on July 12, 2011. This motion does not amend any other deadlines.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court extend the deadline for Plaintiffs' Response to the Motion to Strike and both parties' responses to the *Markman* motions by one day, to July 12, 2011.

Respectfully submitted:

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

DATED: July 11, 2011

/s/Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert Thomas Numbers II (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
pmillen@wcsr.com
rnumbers@wcsr.com
phone: (919) 755-2100
fax: (919) 755-2150

*Attorneys for Plaintiffs
BASF Agro B.V., Arnhem (NL), Wädenswil Branch and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
2001 K Street NW
Washington, DC  20006-1047
kgallo@paulweiss.com
cbenson@paulweiss.com
kkemeny@paulweiss.com
phone: (202) 223-7300
fax: (202) 223-7420

John E. Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
jnathan@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
began@paulweiss.com
jlcohen@paulweiss.com
phone: (212) 373-3000
fax: (212) 757-3990

*Counsel for BASF Agro B.V., Arnhem (NL), Wadenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
rkoch@milbank.com
phone: (202) 835-7500
fax: (202) 835-7586

*Counsel for Bayer S.A.S.*

3

ALSTON & BIRD, LLP

/s/ Jitendra Malik, Ph.D.
Jitendra Malik, Ph.D. (NCSB No. 32809)
ALSTON & BIRD, LLP
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
phone: (704) 444-1115
fax: (704) 444-1695
jitty.malik@alston.com
*Attorney for Plaintiff*
*Merial Limited*

Of Counsel:

Judy Jarecki-Black, Ph.D.
MERIAL LIMITED
3239 Satellite Blvd.
Duluth, GA 30096-4640
phone: (678) 638-3805
fax: (678) 638-3350
judy.jarecki@merial.com

Frank G. Smith, III
John W. Cox, Ph.D.
Matthew W. Howell
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
phone: (404) 881-7000
fax: (404) 881-7777
frank.smith@alston.com
john.cox@alston.com
matthew.howell@alston.com

Deepro R. Mukerjee
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016-1387
phone: (212) 210-9501
fax: (212) 922-3881
deepro.mukerjee@alston.com

J. Patrick Elsevier, Ph.D.
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
phone: (858) 314-1200
fax: (858) 314-1150
jpelsevier@jonesday.com

*Counsel for Merial Limited*

                        **BELL, DAVIS & PITT, P.A.**

                        /s/ Alan M. Ruley
                        William K. Davis (NCSB No. 1117)
                        Alan M. Ruley (NCSB No. 16407)
                        BELL, DAVIS & PITT, P.A.
                        100 N. Cherry Street, Suite 600
                        Winston-Salem, NC 27101
                        wdavis@belldavispitt.com
                        aruley@belldavispitt.com
                        phone: (336) 722-3700
                        fax: (336) 722-8153
                        *Attorneys for Defendant and Counter-Plaintiff Cheminova, Inc*

Of Counsel for Defendant:

Christopher G. Kelly
Steven L. D'Alessandro
Robert J. Burns
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
christopher.kelly@hklaw.com
steven.dalessandro@hklaw.com
robert.burns@hklaw.com
phone: (212) 513-3200
fax: (212) 385-9010

Joshua C. Krumholz
HOLLAND & KNIGHT LLP
10 St. James Ave.

5

Boston, MA 02116
joshua.krumholz@hklaw.com
phone: (617) 523-2700
fax: (617) 523-6850

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Daniel Alan M. Ruley, aruley@belldavispitt.com, William K. Davis, wdavis@belldavispitt.com, Christopher G. Kelly, christopher.kelly@hklaw.com, Steven L. D'Alessandro, steven.dalessandro@hklaw.com, Robert J. Burns, robert.burns@hklaw.com, Joshua C. Krumholz, Joshua.krumholz@hklaw.com, Jitendra Malik, jmalik@alston.com, John Patrick Elsevier, jpelsevier@jonesday.com. Matthew W. Howell, matthew.howell@alston. Com, Judy C. Jarecki-Black, jduy.jarecki@merial.com, and Frank G. Smith, frank.smith@alson.com.

This the 11th day of July, 2011.

      /s/ Robert T. Numbers, II
Pressly M. Millen (NCSB No. 16178)
Robert T. Numbers (NCSB No. 34134)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 755-8184
Facsimile: (919) 755-6094
Email: pmillen@wcsr.com
      rnumbers@wcsr.com

*Attorneys for Plaintiffs*
*BASF Agro B.V., Arnhem (NL), Wädenswil Branch*
*and Bayer S.A.S.*

Of Counsel:

Kenneth A. Gallo
Craig Benson
Kent Kemeny
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON, LLP
2001 K Street NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
     cbenson@paulweiss.com
     kkemeny@paulweiss.com

John Nathan
Catherine Nyarady
Kripa Raman
Brian Egan
Jayson L. Cohen
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: jnathan@paulweiss.com
 cnyarady@paulweiss.com
 kraman@paulweiss.com
 began@paulweiss.com
 jlcohen@paulweiss.com

*Of Counsel for BASF Agro B.V. , Arnhem (NL), Wädenswil Branch*

Robert J. Koch
MILBANK, TWEED, HADLEY & MCCLOY LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

Email: rkoch@milbank.com

*Of Counsel for Bayer S.A.S.*