IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>Defendant. | Civil Action No. 10-cv-274-WO-WWD |

## **[PROPOSED] ORDER**

THIS MATTER came before the Court upon a Joint Motion To Extend Deadlines in this case. Being fully apprised in the premises, the Court finds that good cause supports the joint motion and it is **HEREBY GRANTED.** The deadline to respond to (1) Defendant's Motion To Strike A Portion Of The Expert Report And The Entire "Supplemental" Expert Report Of Jeffrey Winkler And Preclude Testimony And Evidence, (2) Plaintiffs' Objections to Defendant's *Markman* Presentation, and (3) Defendant's Objections to Plaintiff's Inclusion of a Late-Submitted Expert Report and Extrinsic Evidence is hereby extended to July 12, 2011.

**SO ORDERED this the ____ day of _____, 2011.**

_____