# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL),
WÄDENSWIL BRANCH, BAYER S.A.S.,
and MERIAL LIMITED,

      Plaintiffs,

v.

CHEMINOVA, INC.,

      Defendant.

**Civ. Action No. 10-CV-274**

**MOTION TO FILE DOCUMENTS UNDER SEAL**

Defendant Cheminova, Inc. (hereinafter "Cheminova") hereby moves the Court to file under seal Cheminova, Inc.'s Opposition to Plaintiffs' Motion to Dismiss All Pending Claims, Defenses, and Counterclaims Relating to the '848 Patent Pursuant to Fed. R. Civ. P. 41(a)(2).

In support of this Motion, Cheminova states as follows:

The parties to this case entered into a Stipulated Protective Order ("the Protective Order") entered by the Court on August 27, 2010. (Docket No. 40.) Paragraph II.B.1 of the Protective Order defines "confidential information" as non-public information that involves the personal or privacy interests of individuals under the laws where such individuals reside. Paragraph II.B.2 of the Protective Order defines "highly confidential information" as confidential information whose disclosure would be likely to cause harm to the competitive position of the producing party. Paragraphs VIII.2 and VIII.3 of the

Protective Order states that a party may file documents under seal with the Court if it is necessary to submit confidential or highly confidential material.

Cheminova's Opposition includes references to interrogatory responses and deposition testimony that have been designated by Plaintiffs as "highly confidential information" under the protective order. Accordingly, Cheminova hereby moves the Court under paragraphs VIII.2 and VIII.3 of the Protective Order to seal Cheminova, Inc.'s June 10, 2011, Letter to the Court, along with all exhibits thereto.

WHEREFORE, Defendants move this Court to file and retain under seal Cheminova, Inc.'s Opposition to Plaintiffs' Motion to Dismiss All Pending Claims, Defenses, and Counterclaims Relating to the '848 Patent Pursuant to Fed. R. Civ. P. 41(a)(2).

Respectfully submitted this 11th day of July, 2011.

Respectfully submitted,

By:    /s/Alan M. Ruley
       William K. Davis
       Alan M. Ruley
       BELL, DAVIS & PITT, P.A.
       100 N. Cherry Street, Suite 600
       Winston-Salem, NC 27101
       wdavis@belldavispitt.com
       aruley@belldavispitt.com
       Phone No. (336) 722-3700
       Fax No. (336) 722-8153

       /s/ Christopher G. Kelly
       Joshua C. Krumholz
       Christopher G. Kelly
       Steven L. D'Alessandro
       Robert J. Burns
       HOLLAND & KNIGHT LLP
       31 West 52nd Street
       New York, NY 10019
       joshua.krumkolz@hklaw.com
       christopher.kelly@hklaw.com
       steven.dalessandro@hklaw.com
       robert.burns@hklaw.com
       Phone No. (212) 513-3200
       Fax No. (212) 385-9010

       *Attorneys for Defendant and Counter-Plaintiff
       Cheminova, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Catherine Nyarady | cnyarady@paulweiss.com |
| Craig Benson | cbenson@paulweiss.com |
| Jayson L. Cohen | jlcohen@paulweiss.com |
| John E. Nathan | jnathan@paulweiss.com |
| Kenneth A. Gallo | kgallo@paulweiss.com |
| Kent E. Kemeny | kkemeny@paulweiss.com |
| Kripa Raman | kraman@paulweiss.com |
| Pressly McCauley Millen | pmillen@wcsr.com |
| Robert J. Koch | rkoch@milbank.com |
| Jitendra Malik | jmalik@alstonbird.com |
| Frank G. Smith | Frank.smith@alston.com |
| Judy C. Jarecki-Black | judy.jarecki@merial.com |
| John Patrick Elsevier | jpelsevier@jonesday.com |
| John Cox | john.cox@alston.com |
| Matthew W. Howell | Matthew.howell@alston.com |

/s/ Robert J. Burns

4