IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>- against -<br><br>CHEMINOVA, INC.,<br>Defendant. | Civil Action No. 10-274<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEMINOVA INC.'S MOTION TO SEAL** |

This matter is before the Court upon the Motion of the Defendant Cheminova, Inc. to file and retain under seal Cheminova, Inc.'s Cheminova, Inc.'s Opposition to Plaintiffs' Motion to Dismiss All Pending Claims, Defenses, and Counterclaims Relating to the '848 Patent Pursuant to Fed. R. Civ. P. 41(a)(2).. Good cause therefor having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that Cheminova, Inc.'s Opposition to Plaintiffs' Motion to Dismiss All Pending Claims, Defenses, and Counterclaims Relating to the '848 Patent Pursuant to Fed. R. Civ. P. 41(a)(2)., be filed and retained under seal.

This the \_\_\_\_\_ day of July, 2011.

HONORABLE WILLIAM L. OSTEEN, JR.<br>
UNITED STATES DISTRICT JUDGE