IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BASF AGRO B.V., ARNHEM (NL),
WÄDENSWIL BRANCH, BAYER
S.A.S., and MERIAL LIMITED,

     Plaintiffs,

v.                                          1:10CV274

CHEMINOVA, INC.,

     Defendant.

## ORDER

THIS MATTER came before the Court upon a joint motion for an Amended Scheduling Order in this case. Being fully apprised in the premises, the Court finds that good cause supports the joint motion and it is **HEREBY GRANTED.** This Amended Scheduling Order does not amend the Supplemental Scheduling Order regarding the process patents filed on July 1, 2011 [D.I. 153] and all dates set forth therein remain in effect. Unless otherwise ordered, the case schedule will proceed as follows:

| EVENT | DEADLINE |
|---|---|
| Supplemental expert reports, if any, in response to *Markman* Order on Use Patents | July 12, 2011 |
| Supplemental expert depositions, if any, in response to *Markman* Order on Use Patents | July 19, 2011 |
| Modified summary judgment motions, if any, in response to *Markman* Order on Use Patents | July 25, 2011 |

| EVENT | DEADLINE |
|---|---|
| Responses to modified summary judgment motions, if any, on Use Patents | August 4, 2011 |
| Replies to modified summary judgment motion, if any, on Use Patents | August 9, 2011 |
| Commencement of trial on patent liability issues | October trial calendar, with trial to be scheduled prior to trial in 10-cv-276, and as soon on or after September 6, 2011 as Court's schedule may allow, on four weeks advance notice of trial setting |

**This the 11th day of July 2011.**

*[signature: William L. Osteen, Jr.]*
**United States District Judge**