IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED, | |
|---|---|
| Plaintiffs, | Civil Action No. 1:10-cv-274 |
| v. | |
| CHEMINOVA, INC., | |
| Defendant. | |

## ORDER

THIS MATTER came before the Court upon a Joint Motion To Extend Deadlines in this case. Being fully apprised in the premises, the Court finds that good cause supports the joint motion and it is **HEREBY GRANTED.** The deadline to respond to (1) Defendant's Motion To Strike A Portion Of The Expert Report And The Entire "Supplemental" Expert Report Of Jeffrey Winkler And Preclude Testimony And Evidence, (2) Plaintiffs' Objections to Defendant's *Markman* Presentation, and (3) Defendant's Objections to Plaintiff's Inclusion of a Late-Submitted Expert Report and Extrinsic Evidence is hereby extended to July 12, 2011.

SO ORDERED this the 11th day of July 2011.

_____
United States District Judge