IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHEMINOVA, INC.,<br><br>　　　　　Defendant. | C.A. No. 10-cv-274-WO-WWD |

### [PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL

Plaintiffs BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED filed a Motion to File Documents Under Seal with respect to (i) the Memorandum Of Law In Opposition To Defendant's Motion To Strike A Portion Of The Expert Report And The Entire "Supplemental" Expert Report Of Jeffrey Winkler And Preclude Testimony And Evidence, (ii) Exhibits 1-5 filed therewith, (iii) Plaintiffs' Opposition To Defendant Cheminova, Inc.'s Objections To Plaintiffs' Inclusion Of A Late-Submitted Expert Report And Extrinsic Evidence In Support Of Their Proposed Claim Constructions and (iv) Exhibits 1-4 filed therewith. It appearing to the Court that good cause exists for Plaintiffs to file its documents under seal.

IT IS HEREBY ORDERED that Plaintiffs' Motion to File Documents Under Seal is GRANTED.

This the ___ day of _____, 2011.

_____