IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BASF AGRO B.V., ARNHEM (NL), WÄDENSWIL BRANCH, BAYER S.A.S., and MERIAL LIMITED,<br><br>Plaintiffs,<br><br>- against -<br><br>CHEMINOVA, INC.,<br>Defendant. | Civil Action No. 10-274<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CHEMINOVA INC.'S MOTION TO SEAL** |

This matter is before the Court upon the Motion of the Defendant Cheminova, Inc. to file and retain under seal Cheminova, Inc.'s Response to Plaintiffs' Objection to Defendant's *Markman* Presentation. Good cause therefor having been shown, the Motion is **GRANTED**, and it is hereby **ORDERED** that Cheminova, Inc.'s Response to Plaintiffs' Objection to Defendant's *Markman* Presentation be filed and retained under seal.

This the _____ day of July, 2011.

HONORABLE WILLIAM L. OSTEEN, JR.
UNITED STATES DISTRICT JUDGE
